UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re: CELL-NIQUE CORPORATION

Case Number _____

Chapter 11

Debtor.

## CERTIFICATION OF MAILING MATRIX OF LARGEST 20 CREIDTORS

I, Daniel J. Ratner, President of Cell-Nique Corporation hereby certifies under the penalties of perjury that the attached mailing matrix of creditors holding largest unsecured claims in accordance with Fed. R. Bankr. Proc. 1007(d) has been compared to the Debtor's books and records and contains the names, addresses and zip codes of all persons and entities, that qualify as such pursuant to Rule 1007(d).

Dated: April 18, 2024

Cell-Nique Corporation

By: _____
Daniel J. Ratner
President

{01299714.1}

Largest 20 Unsecured

Dancing Deer Baking Co, LLC

c/o Daniel Besokof

Loeb

345 Park Ave

New York, NY 10154

Argosy Credit c/o HM Fox, LP

950 W Valley Rd, Suite 2900

Wayne PA 19087

CFG Merchant Solutions, LLC

180 Maiden Ln, 15th Floor

New York NY 10038

Capital Assist

c/o Issac Greenfield Law

2 Executive Blvd

Montebello, NY 10901

Parkside Funding Group, LLC

865 NJ-33 BUSINESS 3 UNIT 192

FREEHOLD, NJ 07728

Wells Fargo APP 2040-000000238130

MAC S3826-02H PO Box 29482

Phoenix AZ 85038

Paypal Working Capital Legal Civil

2211 North First St

San Jose CA 95131

All Other Unsecured

Dan Ratner

22 Hamilton Way

Castleton NY 12033

Secured Parties List

Berkshire Bank

30 South Peral St

Albany NY 12207

Pursuit/NYBDC/SBA/Treasury

50 Beaver St

Albany NY 12207IRS

TD Bank 04-00001-3643046-9001

c/o Teresa Sadutto

Platzer

475 Park Ave South, 18 fl

New York, NY 10016

PCC Castleton Corporation

22 Hamilton Way

Castleton, NY 12033

Physicians Capital Corporation

22 Hamilton Way

Castleton, NY 12033

IRS

c/o Cathleen Clark

US Atty Office

445 Broadway

Albany NY 12207

All Unsecured

Largest 20 Vendor Name

| # | Vendor Name | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|---|
| 1 | Daniel Besikof Loeb c/o Dancing | 345 Park A' | New York | NY | 10154 | 5,000,000.00 |
| 2 | Argosy Credit c/o HM Fox, LP | 950 W Vall | Wayne | PA | 19087 | 4,557,976.00 |
| 3 | Taylor McCaffrey, LLP c/o Parkla | 2200-201 F | Winnipeg | MB | R3B 3L3 | 440,000.00 |
| 4 | Wells Fargo APP 2040-0000002: | MAC S382( | Phoenix | AZ | 85038 | 61,000.00 |
| 5 | Paypal Working Capital Legal Civ | 2211 Nortt | San Jose | CA | 95131 | 46,493.00 |
| 6 | Dan Ratner | 22 Hamilto | Castleton | NY | 12033 | 6,650.00 |

10,112,119.00

Secured

| Vendor | Address | City | State | Zip | Amount |
|---|---|---|---|---|---|
| Berkshire Bank | 30 South P | Albany | NY | 12207 | 2,100,000.00 |
| Pursuit/NYBDC/SBA/Treasury | 50 Beaver ! | Albany | NY | 12207 | 4,400,000.00 |
| IRS Cathleen Clark | 445 Broad\ | Albany | NY | 12207 | 49,000.00 |
| TD Bank 04-00001-3643046-90C | PO Box 56( | Lewiston | ME | 04243-560( | 107,000.00 |
| PCC Castleton Corporation | 22 Hamilto | Castletton | NY | 12033 | 3,981,795.00 |
| Physicians Capital Corporation | 22 Hamilto | Castletton | NY | 12033 | 3,981,795.00 |