**Fill in this information to identify the case:**

Debtor name  Cell-nique Corporation

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known):  _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

**2. Cash on hand**                                                                           $ 29,209

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Berkshire Bank | Check | Many ___ ___ ___ | $ 25,910 |
| 3.2. | TD Bank | Check | 2841 ___ ___ ___ | $ 3,299 |

**4. Other cash equivalents** *(Identify all)*

4.1. _____     $ _____
4.2. _____     $ _____

**5. Total of Part 1**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ 29,209

## Part 2:  Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____     $ _____
7.2. _____     $ _____

Debtor ____Cell-nique Corporation_____    Case number (if known)_____
       Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    | $_____ |

---

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                                    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:    _____ – _____ = ........➔    $_____
                                 face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:       _____ – _____ = ........➔    $_____
                                 face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $_____ |

---

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                        **Valuation method used for current value**    **Current value of debtor's interest**

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____    _____    $_____

    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                     % of ownership:

    15.1._____    _____%    _____    $_____

    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    | $_____ |

---

Official Form 206A/B    Schedule A/B: Assets — Real and Personal Property    page 2

Debtor    Cell-nique Corporation
_____    Case number (if known)_____
          Name

<table>
<tr><td>**Part 5:**</td><td>**Inventory, excluding agriculture assets**</td></tr>
</table>

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    $_____

**24. Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☒ No

☐ Yes

<table>
<tr><td>**Part 6:**</td><td>**Farming and fishing-related assets (other than titled motor vehicles and land)**</td></tr>
</table>

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    <u>Cell-nique Corporation</u>                          Case number *(if known)* _____
         Name

33. **Total of Part 6.**

    Add lines 28 through 32. Copy the total to line 85.                              $ _____

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No

    ☐ Yes. Is any of the debtor's property stored at the cooperative?

       ☐ No

       ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No

    ☐ Yes. Book value $ _____   Valuation method _____   Current value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No

    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No

    ☐ Yes

| **Part 7:** | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☒ No. Go to Part 8.

    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| **39. Office furniture** | | | |
| _____ | $ 0 _____ | _____ | $ _____ |
| **40. Office fixtures** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $ _____ | _____ | $ _____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7.**

    Add lines 39 through 42. Copy the total to line 86.                              $ _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☒ No

    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☒ No

    ☐ Yes

| Debtor | Cell-nique Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
|---|---|---|---|---|
| 47.1 | Chevy Van | $ 0 | 1,000 | $ 1,000 |
| 47.2 | | $ | | $ |
| 47.3 | | $ | | $ |
| 47.4 | | $ | | $ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | | |
|---|---|---|---|---|
| 48.1 | | $ | | $ |
| 48.2 | | $ | | $ |

**49. Aircraft and accessories**

| | | | | |
|---|---|---|---|---|
| 49.1 | | $ | | $ |
| 49.2 | | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | | |
|---|---|---|---|---|
| | | $ | | $ 1,349,531 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 1,350,531

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☒ Yes

Debtor    Cell-nique Corporation _____    Case number (if known)_____
          Name

## Part 9:  Real property

54. **Does the debtor own or lease any real property?**
    ☐ No. Go to Part 10.
    ☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 22 Hamilton Way Castleton, NY | Lease | $ 823,923 | 100,000 | $ 100,000 |
| 55.2 | | $ | | $ |
| 55.3 | | $ | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**
    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

    $ 100,000

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
    ☐ No
    ☒ Yes
58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

## Part 10:  Intangibles and Intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
    ☐ No. Go to Part 11.
    ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ 279,201 | 279,201 | $ 279,201 |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ 134,428 | 134,428 | $ 134,428 |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**
    Add lines 60 through 65. Copy the total to line 89.

    $ 413,630

Debtor      Cell-nique Corporation _____        Case number *(if known)*_____
            Name

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   ☒ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☒ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

## Part 11:    All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☒ Yes. Fill in the information below.

   Current value of
   debtor's interest

71. **Notes receivable**
   Description (include name of obligor)
   _____      ___      _____  => ➜  $_____
                         Total face amount       doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)
   Federal NOL Asset _____      Tax year _2023_    $  1,165,000
   Retained Earnings NOL _____     Tax year _2023_    $  16,935,750
   _____      Tax year _____    $_____

73. **Interests in insurance policies or annuities**
   _____                          $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   _____                          $_____
   Nature of claim        _____
   Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   _____                          $_____
   Nature of claim        _____
   Amount requested       $_____

76. **Trusts, equitable or future interests in property**
   _____                          $_____

77. **Other property of any kind not already listed**   *Examples:* Season tickets, country club membership
   _____                          $_____
   _____                          $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                      $  18,100,750

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

Debtor   **Cell-nique Corporation**
         <sub>Name</sub>                                    Case number (if known)_____

---

| Part 12: | Summary |
|----------|---------|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 29,209 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $_____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $_____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 1,350,531 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................➔ | | $ 100,000 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 413,630 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 18,100,750 | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $ 19,894,120 | + 91b. $ 100,000 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ..................................................................   $ 19,994,120

**Fill in this information to identify the case:**

Debtor name __Cell-nique Corporation__

United States Bankruptcy Court for the: _____ District of _____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1** Creditor's name
__Berkshire Bank__

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred __2018__
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor, and its relative priority.
__TD Bank and NYBDC Senior Secured__ on All Assets

Describe debtor's property that is subject to a lien
__Senior Secured on All Assets__        $ __2,100,000__        $ __19,994,120__

Describe the lien
__UCC1__

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name
__TD Bank__

Creditor's mailing address
_____
_____
_____

Creditor's email address, if known
_____

Date debt was incurred __2018__
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien
__Senior Secured on All Assets__        $ __110,000__        $ __19,994,120__

Describe the lien
__UCC1__

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**        $ __17,894,120__

Debtor ___Cell-nique Corporation_____     Case number (if known)_____
       Name

| Part 1: | Additional Page | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**4** Creditor's name

  IRS

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred ___2013___

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

  Secured Lien      $ 49,000   $ 17,894,120
_____

Describe the lien

_____

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**5** Creditor's name

  PCC Castleton Corporation

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?

☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
     _____
     _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

  Lease Pmt      $ 3,981,795   $ 3,981,795
_____

Describe the lien

_____

Is the creditor an insider or related party?
☐ No
☒ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor | Cell-nique Corporation | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Pursuit NYBDC<br>50 Beaver St<br>Albany, NY 12207 | Line 2. 1 | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor ___Cell-nique Corporation___

United States Bankruptcy Court for the: _____ District of _____
                                                                   (State)

Case number
(if known) _____

❑ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ❑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** | Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $_____     $_____
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
❑ Yes

**2.2** | Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $_____     $_____
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☒ Disputed

Basis for the claim:
   Delaware Judgement Breach of Contract

Is the claim subject to offset?
❑ No
☒ Yes

**2.3** | Priority creditor's name and mailing address

_____
_____
_____

Date or dates debt was incurred

_____

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $_____     $_____
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
❑ No
❑ Yes

Debtor _____
Name

Case number (if known)_____

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Total claim                    Priority amount

2._ **Priority creditor's name and mailing address**

$_____      $_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

2._ **Priority creditor's name and mailing address**

$_____      $_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

2._ **Priority creditor's name and mailing address**

$_____      $_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

2._ **Priority creditor's name and mailing address**

$_____      $_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)**

Debtor    Cell-nique Corporation
_____    Case number _(if known)_____
    Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** | **Nonpriority creditor's name and mailing address**
Daniel Besikof Loeb c/o Dancing Deer Baking Co, LLC

345 Park Ave

New York☐NY☐10154

**As of the petition filing date, the claim is:** $ 5,000,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    2018
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address**
Argosy Credit c/o HM Fox, LP

950 W Valley Rd, Suite 2900

Wayne PA 19087

**As of the petition filing date, the claim is:** $ 4,557,976
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Delaware Case 1:20-cv-01073-RGA Hodgson Mill Corporation v. Hodgson Mill, Inc.
**Basis for the claim:**

Date or dates debt was incurred    2018
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address**
Wells Fargo APP 2040-000000238130

MAC S3826-02H PO Box 29482

Phoenix, AZ 85038

**As of the petition filing date, the claim is:** $ 61,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Liability Purchased from Dancing Deer Baking Co  See above
**Basis for the claim:**

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address**
Dan Ratner

22 Hamilton Way

Castleton, NY 12033

**As of the petition filing date, the claim is:** $ 6,650
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    2023 + 2024
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address**
_____

_____

_____

**As of the petition filing date, the claim is:** $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
_____

_____

_____

**As of the petition filing date, the claim is:** $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    __Cell-nique Corporation__
           Name

Case number (*if known*)_____

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.7** | Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.8** | Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.9** | Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.10** | Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

**3.11** | Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred    _____
Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

$_____

Debtor _____    Case number *(if known)*_____
          Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.2. _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.3. _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.4. _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 41. _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.5. _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.6. _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.7. _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.8. _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.9. _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.10. _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |
| 4.11. _____ <br> _____ | Line _____ <br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |

Debtor _____    Case number *(if known)*_____
            Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |

| **Name and mailing address** | **On which line in Part 1 or Part 2 is the related creditor (if any) listed?** | **Last 4 digits of account number, if any** |
|---|---|---|

4.___

Line ____
☐ Not listed. Explain _____

— — — —

4.___

Line ____
☐ Not listed. Explain _____

— — — —

4.___

Line ____
☐ Not listed. Explain _____

— — — —

4.___

Line ____
☐ Not listed. Explain _____

— — — —

4.___

Line ____
☐ Not listed. Explain _____

— — — —

4.___

Line ____
☐ Not listed. Explain _____

— — — —

4.___

Line ____
☐ Not listed. Explain _____

— — — —

4.___

Line ____
☐ Not listed. Explain _____

— — — —

4.___

Line ____
☐ Not listed. Explain _____

— — — —

4.___

Line ____
☐ Not listed. Explain _____

— — — —

4.___

Line ____
☐ Not listed. Explain _____

— — — —

4.___

Line ____
☐ Not listed. Explain _____

— — — —

4.___

Line ____
☐ Not listed. Explain _____

— — — —

4.___

Line ____
☐ Not listed. Explain _____

— — — —

Debtor _____        Case number *(if known)*_____
           Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|------------------------------------------------------------------|

**5. Add the amounts of priority and nonpriority unsecured claims.**

Total of claim amounts

5a.  **Total claims from Part 1**            5a.        $_____

5b.  **Total claims from Part 2**            5b.   **+**  $_____

5c.  **Total of Parts 1 and 2**              5c.        $_____
      Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name    Cell-nique Corporation

United States Bankruptcy Court for the:_____ District of _____
(State)

Case number (If known): _____    Chapter _____

☐ Check if this is an
amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | PCC Castleton Corporation  Real Estate Lease | |
| | State the term remaining | Dec 2027 | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Physicians Capitol Corp  Mgmt Contract | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____     Case number (if known)_____
      Name

███  Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.___ State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.___ State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.___ State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.___ State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.___ State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.___ State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

2.___ State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Official Form 206G     Schedule G: Executory Contracts and Unexpired Leases     page ____ of ____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Cell-nique Corporation</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: _____ District of _____<br>(State)</td></tr>
<tr><td colspan="2">Case number (If known): _____</td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing address** | | **Name** | **Check all schedules that apply:** |
| **2.1** Dancing Deer Corp<br>22 Hamilton Way<br>Street<br><br>Castleton    NY    12033<br>City    State    ZIP Code | | Berkshire Bank<br>Dancing Deer Baking Co, LLC | ☐ D<br>☐ E/F<br>☐ G |
| **2.2** Hodgson Mills Corp<br>Same as Above<br>Street<br><br>City    State    ZIP Code | | Berkshire Bank<br>HM Fox, LLC | ☐ D<br>☐ E/F<br>☐ G |
| **2.3** Cell-nique Corporation<br>Same as Above<br>Street<br><br>City    State    ZIP Code | | Berkshire Bank<br>NYBDC Pursuit SBA<br>TD Bank<br>DDBC<br>HM Fox<br>190 Fountain St | ☐ D<br>☐ E/F<br>☐ G |
| **2.4** PCC Castleton Corp<br>Same as Above<br>Street<br><br>City    State    ZIP Code | | NYBDC/Pursuit/SBA<br>Berkshire Bank | ☐ D<br>☐ E/F<br>☐ G |
| **2.5** Physicians Capitol Corp<br>Same as Above<br>Street<br><br>City    State    ZIP Code | | NYBDC/Pursuit/SBA<br>Berkshire Bank | ☐ D<br>☐ E/F<br>☐ G |
| **2.6** Living Harvest, Inc<br>Same as Above<br>Street<br><br>City    State    ZIP Code | | NYBDC/Pursuit/SBA<br>Berkshire Bank | ☐ D<br>☐ E/F<br>☐ G |

Debtor    Cell-nique Corporation
          _____    Case number (if known) _____
          Name

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.7 Hudson River Foods Corporation | Same as above<br>Street<br><br>City    State    ZIP Code | NYBDC/Pursuit/SBA Berkshire Bank | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.___ | Street<br><br>City    State    ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

## CELL-NIQUE CORPORATION CAPITALIZATION TABLE *

| | Date | Series A Original Issue Price | Accruing Dividend | Accruing Dividend Daily Rate | Series A Conversion Price |
|---|---|---|---|---|---|
| | 4/30/2024 | $ 60.00 | $4.80 | $ 0.01315 | $ 0.68 |

4/30/2024
4/30/2024

| Shareholder | Common Stock | % Ownership of Common as a Class | Series A Preferred Shares | Series A Issue Date | Days Issued | Accruing Dividend Per Share | Accruing Dividend | Common Stock Equivalent | % Ownership of Series as a Class | Fully Diluted Common Stock | % Ownership Fully Diluted Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CBK | | 1.30% | 8,333 | 6/1/2011 | 4,717.00 | $ 62.03 | 516,911 | 1,495,428 | 1.35% | 1,495,428 | 1.35% |
| Healthnutz | | 0.52% | 3,331 | 12/31/2011 | 4,504.00 | $ 59.23 | 197,297 | 584,055 | 0.53% | 584,055 | 0.53% |
| Physicians Capital Corporation | | 3.91% | 25,000 | 9/30/2010 | 4,961.00 | $ 65.24 | 1,631,014 | 4,604,432 | 4.16% | 4,604,432 | 4.16% |
| Physicians Capital Corporation | | 58.62% | 375,000 | 12/30/2010 | 4,870.00 | $ 64.04 | 24,016,438 | 68,406,527 | 61.74% | 68,406,527 | 61.74% |
| Physicians Capital Corporation | | 20.84% | 133,333 | 10/31/2013 | 3,634.00 | $ 50.42 | 6,722,630 | 21,650,927 | 19.54% | 21,650,927 | 19.54% |
| Physicians Capital Corporation | | 3.14% | 20,061 | 12/31/2014 | 3,408.00 | $ 44.82 | 899,085 | 3,052,271 | 2.79% | 3,052,271 | 2.79% |
| Freeze Dried Partners, LLC | | 3.65% | 23,334 | 10/31/2013 | 3,634.00 | $ 50.42 | 1,176,494 | 3,789,020 | 3.42% | 3,789,020 | 3.42% |
| Freeze Dried Partners, LLC – Option $.01 Strike | | 2.79% | 17,846 | 11/30/2022 | 517.00 | $ 6.80 | 121,333 | 1,753,078 | 1.58% | 1,753,078 | 1.58% |
| To Go Brands | | 5.23% | 33,441 | 11/15/2013 | 3,819.00 | $ 50.22 | 1,679,489 | 5,420,514 | 4.89% | 5,420,514 | 4.89% |
| **TOTAL** | | 100.00% | 639,679 | | 453.23 | | 36,960,692 | 110,796,252 | 100.00% | 110,796,252 | 100.00% |
| PCC % of Pref Stk | | 87% | 553,394 | | | | | | | | |

| Common Stock Conversion Value | 0.68 | | | | | | | | | | 0% |
| $ | | | 639,679 | | | | 36,960,692 | 110,796,252 | 100% | 110,796,252 | 100% |
| Total | | | | | | | | | | | |

PCC Control Position                                                          97,754,157                    88.23%

Signed By: Dan Ratner, President          As Of
                                          4/30/2024

Cell-nique Corportion v 5-10-24

| 13 week cash flow Budget | Week Ending | 1 5/10/2024 | 2 5/17/2024 | 3 5/24/2024 | 4 May 5/31/2024 Subtotal | 5 6/7/2024 | 6 6/14/2024 | 7 6/21/2024 |
|---|---|---|---|---|---|---|---|---|
| Gross Sales | | 115,513 | 115,513 | 115,513 | 115,513 | 462,050 | 160,513 | 160,513 | 160,513 |
| Less: Expected MCB Accural | | -600 | -600 | -600 | -600 | -2,400 | -600 | -600 | -600 |
| Net Sales | | 114,913 | 114,913 | 114,913 | 114,913 | 459,650 | 159,913 | 159,913 | 159,913 |
| Cash Collections | | 194,054 | 63,000 | 145,000 | 73,000 | 475,054 | 150,000 | 80,000 | 175,000 |
| Cash and Accured Expenses | | | | | | | | | |
| Payroll | | 95,000 | 0 | 95,000 | 0 | 190,000 | 95,000 | 0 | 95,000 |
| Utilities | | 0 | 4,000 | 13,000 | 0 | 17,000 | 0 | 4,000 | 13,000 |
| Raw Materials | | 20,000 | 20,000 | 20,000 | 20,000 | 80,000 | 20,000 | 20,000 | 20,000 |
| Expenses Subtotal | | 115,000 | 24,000 | 128,000 | 20,000 | 287,000 | 115,000 | 24,000 | 128,000 |
| Income from Operations | | 79,054 | 39,000 | 17,000 | 53,000 | 188,054 | 35,000 | 56,000 | 47,000 |
| SG&A | | 25,000 | 43,750 | 25,000 | 43,750 | 137,500 | 25,000 | 43,750 | 25,000 |
| Other | | 10,000 | 10,000 | 10,000 | 10,000 | | 10,000 | 10,000 | 10,000 |
| Net | | 44,054 | -14,750 | -18,000 | -750 | 10,554 | 0 | 2,250 | 12,000 |
| Cumulative | | 44,054 | 29,304 | 11,304 | 10,554 | | 0 | 2,250 | 14,250 |

Cell-nique Corportion v 5-10-24

| 8 June 6/28/2024 | Subtotal | 9 7/5/2024 | 10 7/12/2024 | 11 7/19/2024 | 12 July 7/26/2024 | Subtotal | 9 8/2/2024 | 10 8/9/2024 | 11 8/16/2024 |
|---|---|---|---|---|---|---|---|---|---|
| 160,513 | 642,050 | 160,513 | 160,513 | 160,513 | 160,513 | 642,050 | 160,513 | 160,513 | 160,513 |
| -600 | -2,400 | -600 | -600 | -600 | -600 | -2,400 | -600 | -600 | -600 |
| 159,913 | 639,650 | 159,913 | 159,913 | 159,913 | 159,913 | 639,650 | 159,913 | 159,913 | 159,913 |
| 120,000 | 525,000 | 185,000 | 120,000 | 185,000 | 120,000 | 610,000 | 185,000 | 120,000 | 185,000 |
| 0 | 190,000 | 95,000 | 0 | 95,000 | 0 | 190,000 | 95,000 | 0 | 95,000 |
| 0 | 17,000 | 0 | 4,000 | 13,000 | 0 | 17,000 | 0 | 4,000 | 13,000 |
| 20,000 | 80,000 | 20,000 | 20,000 | 20,000 | 20,000 | 80,000 | 20,000 | 20,000 | 20,000 |
| 20,000 | 287,000 | 115,000 | 24,000 | 128,000 | 20,000 | 287,000 | 115,000 | 24,000 | 128,000 |
| 100,000 | 238,000 | 70,000 | 96,000 | 57,000 | 100,000 | 323,000 | 70,000 | 96,000 | 57,000 |
| 43,750 | 137,500 | 25,000 | 43,750 | 25,000 | 43,750 | 137,500 | 25,000 | 43,750 | 25,000 |
| 10,000 | | 10,000 | 10,000 | 10,000 | 10,000 | | 10,000 | 10,000 | 10,000 |
| 46,250 | 60,500 | 35,000 | 42,250 | 22,000 | 46,250 | 145,500 | 35,000 | 42,250 | 22,000 |
| 60,500 | | 35,000 | 77,250 | 99,250 | 145,500 | | 35,000 | 77,250 | 99,250 |

Cell-nique Corportion v 5-10-24

| | 12 Aug | 13 |
| --- | --- | --- |
| 8/23/2024 | Subtotal | 8/30/2024 |
| | | |
| 160,513 | 642,050 | 160,513 |
| -600 | -2,400 | -600 |
| 159,913 | 639,650 | 159,913 |
| | | |
| 125,000 | 615,000 | 185,000 |
| | | |
| | | |
| 0 | 190,000 | 95,000 |
| 0 | 17,000 | 0 |
| 20,000 | 80,000 | 20,000 |
| 20,000 | 287,000 | 115,000 |
| | | |
| 105,000 | 328,000 | 70,000 |
| | | |
| 43,750 | 137,500 | 25,000 |
| 10,000 | | 10,000 |
| 51,250 | 150,500 | 35,000 |
| 150,500 | | 35,000 |

**Fill in this information to identify the case:**

Debtor name ___Cell-nique Corporation___

United States Bankruptcy Court for the: _____ District of _____
                                                                                (State)

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Daniel Besikof Loeb c/o Dancing Deer Baking Co, LLC 345 Park Ave New York NY 10154 | | Seller Note | | 5,000,000 | 100,000 | 4,900,000 |
| 2 | Argosy Credit c/o HM Fox, LP 950 W Valley Rd, Suite 2900 Wayne PA 19087 | | Seller Note | | 4,557,976 | 0 | 4,557,976 |
| 3 | Taylor McCaffrey, LLP Parkland Industrial Hemp Growers 2200-201 Portage Ave Winnipeg MB R3B 3L3 | | Unsecured AP | | 440,000.00 | 0 | 440,000.00 |
| 4 | Wells Fargo APP 2040-000000238130 MAC S3826-02H PO Box 29482 Phoenix AZ 85038 | | Unsecured AP | | 61,000 | | 61,000 |
| 5 | Paypal Working Capital Legal Civil 2211 North First St San Jose CA 95131 | | Unsecured AP | | 46,493.00 | | 46,493.00 |
| 6 | Dan Ratner | | Unsecured AP | | 6,650 | | 6,650 |
| 7 | | | Unsecured AP | | | | |
| 8 | | | Unsecured AP | | | | |

Debtor    Cell-nique Corporation
_____    Case number (if known)_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | Unsecured AP | | | | |
| 10 | | Unsecured AP | | | | |
| 11 | | Unsecured AP | | | | |
| 12 | | Unsecured AP | | | | |
| 13 | | Unsecured AP | | | | |
| 14 | | Unsecured AP | | | | |
| 15 | | Unsecured AP | | | | |
| 16 | | Unsecured AP | | | | |
| 17 | | Unsecured AP | | | | |
| 18 | | Unsecured AP | | | | |
| 19 | | Unsecured AP | | | | |
| 20 | | Unsecured AP | | | | |

**Fill in this information to identify the case:**

Debtor name __Cell-nique Corporation__

United States Bankruptcy Court for the:_____ District of _____
                                                                         (State)

Case number (If known):    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:    Summary of Assets**

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.............................................................................    $ 100,000

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*..........................................................................    $ 19,894,120

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*............................................................................    $ 19,994,120

**Part 2:    Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............    $ 10,637,795

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $ 0

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*........................    + $ 5,554,143

4. **Total liabilities**..................................................................................................................    $ 16,191,938
    Lines 2 + 3a + 3b