UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:

CELL-NIQUE CORPORATION,

Case Number: 24-10508-1
Chapter 11

Debtor.

---

## DECLARATION IN SUPPORT OF DEBTOR'S
## APPLICATION TO EMPLOYMENT OF ATTORNEYS

DANIEL J. RATNER, pursuant to 28 U.S.C. §1746, hereby declares under penalty of perjury:

1. I submit the Declaration in support of Debtor's Application to Employment of Attorneys. The Debtor is a food manufacturer. The business is located at 22 Hamilton Way, Castleton, New York 12033. The Debtor previously filed a Chapter 11 case that was dismissed by Court order on April 19, 2024. In order to save and continue the business, the second filing on May 9, 2024 was necessary.

2. I have read the application and Declaration in support of Debtor's Application to Employment of Attorneys and support the appointment of Peter A. Pastore, Esq. of O'Connell and Aronowitz, P.C., as attorney for Cell-Nique Corporation's bankruptcy case.

_____
Daniel J. Ratner, President

{01467510.1}                                1