**United States Bankruptcy Court**
**Northern District of New York**
**All Divisions**

**This Form Is To Be Used For Motion[1] Calendar Only.**

Case Name:

Case No.:

Division:

Adversary Proceeding No. (if applicable):

☐   Adjournment Request[2] for Hearing on Motion at Docket No.: _____

    Reason for Adjournment Request:

    Original Return Date of Motion:

    Number of prior adjournment request that have been made _____

☐   Notification of Withdrawal of   ☐   Motion;   ☐ Opposition/Response;   ☐ Other: _____
    at Docket No.: _____

☐   Notification of Settlement of Motion at Docket No.: _____

Date of Hearing:

Requested Adjourned Hearing Date:

Requesting Attorney's Name, Office Address, Phone <u>and</u> Email Address:

Consent of All Parties Obtained?   ☐  Yes  ☐  No - *Absent compelling reasons,*
*adjournments will not be granted without the consent of all parties.*

Cc:

**This Form Must Be E-Filed <u>Not Later Than 2 p.m. on the Day Prior</u>**
**<u>to the Hearing</u>.  When E-Filing, This Form Must Be Linked to the**
**<u>Motion</u> to Which the Request/Notification Pertains.**

---

[1] The form to be used for confirmation calendar related matters is available on the Court's website.
[2] If your request is denied, you will be notified by Chambers.

CH:LR9013A(10/12/2023)