So Ordered.

Signed this 27 day of November, 2024.



_____

Robert E. Littlefield, Jr.

United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

---

In re:

CELL-NIQUE CORPORATION,

Debtor.

Case No. 24−10508−1
Chapter 11

---

In re:

HODGSON MILL CORPORATION,

Debtor.

Case No. 24−10702-1
Chapter 11

---

In re:

HUDSON RIVER FOODS CORPORATION,

Debtor.

Case No. 24-10775-1
Chapter 11

---

In re:

DANCING DEER CORPORATION,

Debtor.

Case No. 24−10667-1
Chapter 11

---

{O1564002.1}    1

## ORDER DIRECTING SUBSTANTIVE CONSOLIDATION OF CHAPTER 11 CASES

The Court having considered Debtor's Motion for the substantive consolidation of the Debtors' estates and a ninety (90) day exclusive period for the consolidated Debtors to file a plan and disclosure statement (the "Motion") filed on October 3, 2024; and a hearing having been held on October 30, 2024 to consider the relief requested in the Motion;

**IT IS HEREBY ORDERED THAT**:

1. The motion is granted in its entirety.

2. All objections to the Motion or the relief requested therein that have not been made, withdrawn, waived, or settled, and all reservations of rights included therein, are overruled and disallowed on the merits.

3. The above-captioned Chapter 11 Cases are hereby substantively consolidated.

4. The Chapter 11 Case of Cell-Nique Corporation (Case No. 24-10508-1) (REL) is hereby designated as the "main" case. All pleadings and other filings shall be filed on the docket for the "main" case, except that proofs of claim shall be filed in the case for the specific Debtor against which the claimant is asserting a claim.

5. The caption to be used by all parties in the substantively consolidated Chapter 11 cases shall read as follows:

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:  CELL-NIQUE CORPORATION, *et al.*,<br><br>Debtor. | Case No. 24-10508 (REL) (Main Case)<br>Chapter 11<br>Case No. 24−10702<br>Case No. 24-10775<br>Case No. 24−10667<br>Consolidated |

6. The Clerk of the Court shall make an entry that reads as follows on the docket of each case other than the "main" case to reflect the joint administration of these Chapter 11 Cases:

> An order pursuant to Federal Rule of Bankruptcy Procedure has been entered in this case directing the consolidation of the Chapter 11 Cases of Cell-Nique Corporation (Case No. 24-10508); Hodgson Mill Corporation (Case No. 24−10702); Hudson River Foods Corporation (Case No. 24-10775); and Dancing Deer Corporation (Case No. 24−10667). The case of Cell-Nique Corporation (Case No. 24-10508) has been designated as the "main" case and, accordingly, should be consulted for all matters affecting the Chapter 11 case of this Debtor.

7. Debtors are authorized to file, on a consolidated basis, the monthly operating reports required by the United State Trustee if Debtors determine, after consultation with the United States Trustee, that consolidated reports would further administrative economy and efficiency without prejudice to any party in interest and that consolidated reports would accurately reflect Debtors' business operations and financial affairs.

8. Within seven (7) days of entry of this Order, Debtors shall submit a supplemental certified mailing matrix, in conformance with LBR 1007-2, containing only those parties not previously included on the mailing matrix filed in the "main" case.

9. Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

10. The terms and conditions of this Order are effective and enforceable immediately upon its entry.

11. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation or interpretation of this Order.

###