## EXHIBIT A CONSOLIDATED CELL-NIQUE FINANCIAL PROJECTIONS

2/13/2025

| TAX DEBT | Balance | | |
|---|---|---|---|
| Cellnique NY Tax Priority | 16,139 | | |
| Cellnique NY Tax Non Priority | 3,247 | | |
| Cellnique IRS Priority | 632 | | |
| Cellnique IRS Secured | 46,787 | | |
| Dancing IRS Priority | 28,875 | | |
| Dancing IRS Priority | 51,868 | | |
| Dancing IRS non-Priority | 20,878 | | |
| Dancing NY Tax Priority | 52,123 | | |
| Dancing NY Tax Non-Priority | 11,179 | | |
| Hudson NY Dept. of Tax & Finance | 25,027 | | |
| Hudson NY Dept Tax & Fi NonPriority | 6,208 | | |
| Hudson IRS Priority | 33,983 | | |
| Hudson IRS Non-Priority | 12,367 | | |
| | | Expense Assumptions | 2.00% annual increase in expenses |
| | | Payroll Assumptions | 2.00% annual increase in payroll expense |
| | | Revenue Assumptions | 3.00% annual increase in revenue |

| FINANCIAL ASSUMPTIONS | Balance | | Interest Rate | |
|---|---|---|---|---|
| Berkshire Bank | 2,224,303 | * 2 loans Berkshire Bank | 8.00% | Int only Mo 1-30......10 Yr Am Mo 31-60 |
| TD Bank | 112,596 | TD Bank | 8.00% | Int only Mo 1-30......10 Yr Am Mo 31-60 |
| Combined IRS Priority Unsecured | 115,358 | 1 yr CMT Comb IRS Priorit | 4.34% | Full Am over 4 yrs @ Int at 1 year Constant Maturity Index |
| IRS Secured | 46,787 | IRS Secured | 8.00% | 10 Yr Am w/Ballon payment at the end of the 60th month |
| Combined IRS Non Priority Unsecured | 33,245 | Unsecured Creditor Pool IRS Non Priority | N/A | Unsecured Creditor Pool |
| Combined NY Dept Tax Priority Unsecured | 93,289 | 12.00% NY Pri-Unsecured | 12.00% | Fully Amortized over 4 yrs @ Interest at 12% |
| Combined NY Tax Non Priority Unsecured | 20,634 | Unsecured Creditor Pool NY Non- Pri-Unse | N/A | Paid in Unsecured Creditor Pool |
| SBA EIDL | 166,875 | SBA EIDL | 8.00% | Int only Mo 1-30......10 Yr Am Mo 31-60 |
| MCA Capital Assist | 31,671 | Fixed MCA Capital | 5.00% | Interest Only With Balloon Pmt at the end of the 60th Month |
| MCA Parkside | 42,458 | Fixed MCA Parksid | 5.00% | Interest Only With Balloon Pmt at the end of the 60th Month |
| MCA CFG | 88,518 | Fixed MCA CFG | 5.00% | Interest Only With Balloon Pmt at the end of the 60th Month |
| Pawnee | 124,066 | Per Mo Pawnee | 2,067.77 | Per month for 60 Months as Payment in Full |
| Dancing Dear | 150,000 | Fixed Dancing Dear | 5.00% | Int Only On Secured $150K Portion With Balloon Pmt at the end of the 60th Month (Balance unsecured and disputed) |
| HMI/FOX | 50,000 | Fixed HMI/FOX | 5.00% | Int Only On Secured $50K Portion With Balloon Pmt at the end of the 60th Month (Balance unsecured and disputed) |
| NYBDC | 2,182,000 | Fixed NYBDC | 6.03% | Int Rate of 6.03% Per Poc w/Balloon Pmt End of 60th Mo |
| Reiser | 85,000 | Per Mon Reiser | 1,700 | Monthly Through Loan Maturity, Per Stipulation |
| Unsecured | 10,158,000 | Unsecured | $350,000 Annually | $350,000 Annually |

| YEAR 1 FINANCIAL PROJECTIONS CONSOLIDATED CELL-NIQUE | | Apr-25 | May-25 | Jun-25 | Jul-25 | Aug-25 | Sep-25 | Oct-25 | Nov-25 | Dec-25 | Jan-26 | Feb-26 | Mar-26 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | | |
| Hudson River Foods | | 15,000 | 15,000 | 15,000 | 15,000 | 20,000 | 20,000 | 20,000 | 50,000 | 50,000 | 50,000 | 50,000 | 50,000 | 370,000 |
| Ians CoMan | | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 900,000 |
| CoManufacture | | 350,000 | 350,000 | 350,000 | 350,000 | 350,000 | 350,000 | 350,000 | 400,000 | 350,000 | 350,000 | 350,000 | 350,000 | 4,300,000 |
| Dancing Deer | | 350,000 | 350,000 | 350,000 | 350,000 | 350,000 | 400,000 | 400,000 | 400,000 | 300,000 | 350,000 | 350,000 | 350,000 | 4,300,000 |
| Hodgson Mills | | 40,000 | 30,000 | 20,000 | 20,000 | 20,000 | 50,000 | 50,000 | 75,000 | 750,000 | 50,000 | 50,000 | 50,000 | 1,205,000 |
| Gross Sales | | 4,000 | 5,000 | 6,000 | 7,000 | 8,000 | 9,000 | 10,000 | 11,000 | 12,000 | 15,000 | 17,000 | 19,000 | 123,000 |
| | | 484,000 | 475,000 | 466,000 | 467,000 | 473,000 | 554,000 | 555,000 | 611,000 | 1187000 | 560,000 | 562,000 | 564,000 | 6,958,000 |
| Less discounts and allowances | | -1,840 | -1,750 | -1,660 | -1,670 | -1,230 | -2,040 | -2,050 | -2,610 | -11,370 | -26,000 | -26,200 | -26,400 | -104,820 |
| Total Consolidated Cell-Nique Revenues | | 482,160 | 473,250 | 464,340 | 465,330 | 471,770 | 551,960 | 552,950 | 608,390 | 1,175,630 | 534,000 | 535,800 | 537,600 | 6,853,180 |
| | | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | | |
| Direct Cost of Product | | 57,146 | 55,720 | 62,294 | 62,453 | 63,483 | 76,314 | 76,472 | 106,678 | 260,126 | 63,840 | 64,128 | 64,416 | 1,013,070 |
| Direct Labor & Burden | | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 150,000 | 165,000 | 175,000 | 160,000 | 160,000 | 160,000 | 1,870,000 |
| Rent is Settlement Pmt to NYBDC | | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 17,500 | 210,000 |
| Indirect Labor & Burden | | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 70,000 | 80,000 | 80,000 | 80,000 | 870,000 |
| Equipment Expense | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| Janitorial & Utilities | | 13,000 | 17,000 | 17,000 | 19,000 | 19,000 | 17,000 | 17,000 | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 214,000 |
| Travel/Auto/Truck/Freight | | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 4,500 | 4,500 | 4,500 | 67,500 |
| Repairs & Maint | | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 36,000 |
| Sales & Marketing | | 12,000 | 12,000 | 12,000 | 12,000 | 12,000 | 35,000 | 35,000 | 35,000 | 35,000 | 14,000 | 14,000 | 14,000 | 242,000 |
| General & Administrative | | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 110,000 | 175,000 | 175,000 | 175,000 | 125,000 | 125,000 | 125,000 | 1,560,000 |
| Research & Development | | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 3,500 | 42,000 |
| | | | | | | | | | | | | | | |
| Total Operating Expenses | | 450,146 | 447,720 | 454,294 | 456,453 | 457,483 | 491,314 | 556,472 | 602,678 | 766,126 | 492,340 | 492,628 | 492,916 | 6,160,570 |
| Consolidated Cell-Nique NOI | | 32,014 | 25,530 | 10,046 | 8,877 | 14,287 | 60,646 | -3,522 | 5,712 | 409,504 | 41,660 | 43,172 | 44,684 | 692,610 |
| | | | | | | | | | | | | | | |
| **Monthly Payments** | | | | | | | | | | | | | | |
| Berkshire Bank | | 14,829 | 14,829 | 14,829 | 14,829 | 14,829 | 14,829 | 14,829 | 14,829 | 14,829 | 14,829 | 14,829 | 14,829 | 177,944 |
| TD Bank | | 751 | 751 | 751 | 751 | 751 | 751 | 751 | 751 | 751 | 751 | 751 | 751 | 9,008 |
| Combined IRS Priority Unsecured | | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 28,154 |
| IRS Secured | | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 6,244 |
| Combined NY Dept Tax Priority Unsecured | | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 27,023 |
| SBA EIDL | | 1,113 | 1,113 | 1,113 | 1,113 | 1,113 | 1,113 | 1,113 | 1,113 | 1,113 | 1,113 | 1,113 | 1,113 | 13,350 |
| MCA Capital Assist | | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 1,584 |
| MCA Parkside | | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 2,123 |
| MCA CFG | | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 4,426 |
| UST | | 650 | 0 | 0 | 650 | 0 | 0 | 650 | 0 | 0 | 650 | 0 | 650 | 3,250 |
| Pawnee | | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 24,813 |
| Dancing Dear | | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 7,500 |
| HMI/FOX | | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 2,500 |
| Reiser | | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 20,400 |
| Unsecured | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100,000 | 0 | 0 | 0 | 200,000 |
| | | | | | | | | | | | | | | |
| Total Monthly Plan Payments | | 28,204 | 27,554 | 27,554 | 28,204 | 27,554 | 27,554 | 28,204 | 27,554 | 127,554 | 28,204 | 27,554 | 28,204 | 533,903 |
| Combined Operating Expenses and Monthly Plan Payments | | 478,350 | 475,274 | 481,849 | 484,657 | 485,038 | 518,868 | 584,676 | 630,232 | 893,680 | 520,544 | 520,182 | 621,120 | 6,694,472 |
| Net Income After Opex/Lease and Plan Payments | | 3,810 | -2,024 | -17,509 | -19,327 | -13,268 | 33,092 | -31,726 | -21,842 | 281,950 | 13,456 | 15,618 | -83,520 | 158,708 |
| New Value Contribution | | 50,000 | | | | | | | | | | | | |
| Balance from DIP Account | 100,000 | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| Cumulative Cash Balance | | 153,810 | 151,786 | 134,277 | 114,950 | 101,682 | 134,774 | 103,048 | 81,205 | 363,155 | 376,610 | 392,228 | 308,708 | |

| YEAR 2 FINANCIAL PROJECTIONS CONSOLIDATED CELL-NIQUE | Apr-26 | May-26 | Jun-26 | Jul-26 | Aug-26 | Sep-26 | Oct-26 | Nov-26 | Dec-26 | Jan-27 | Feb-27 | Mar-27 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | | | | |
| Hudson River Foods | 15,450 | 15,450 | 15,450 | 15,450 | 20,600 | 20,600 | 20,600 | 51,500 | 51,500 | 51,500 | 51,500 | 51,500 | 381,100 |
| Ians CoMan | 77,250 | 77,250 | 77,250 | 77,250 | 77,250 | 77,250 | 77,250 | 77,250 | 77,250 | 77,250 | 77,250 | 77,250 | 927,000 |
| CoManufacture | 360,500 | 360,500 | 360,500 | 360,500 | 360,500 | 412,000 | 412,000 | 412,000 | 309,000 | 360,500 | 360,500 | 360,500 | 4,429,000 |
| Dancing Deer | 41,200 | 30,900 | 20,600 | 20,600 | 20,600 | 51,500 | 51,500 | 77,250 | 772,500 | 51,500 | 51,500 | 51,500 | 1,241,150 |
| Hodgson Mills | 4,120 | 5,150 | 6,180 | 7,210 | 8,240 | 9,270 | 10,300 | 11,330 | 12,350 | 15,450 | 17,510 | 19,570 | 126,690 |
| Gross Sales | 498,520 | 489,250 | 479,980 | 481,010 | 487,190 | 570,620 | 571,650 | 629,330 | 1222610 | 576,800 | 578,860 | 580,920 | 7,166,740 |
| Less discounts and allowances | -1,895 | -1,803 | -1,710 | -1,720 | -1,267 | -2,101 | -2,112 | -2,688 | -11711 | -26,780 | -26,986 | -27,192 | -107,965 |
| Total Consolidated Cell-Nique Revenues | 496,625 | 487,448 | 478,270 | 479,290 | 485,923 | 568,519 | 569,539 | 626,642 | 1210899 | 550,020 | 551,874 | 553,728 | 7,058,775 |
| | | | | | | | | | | | | | |
| Operating Expenses | | | | | | | | | | | | | |
| Direct Cost of Product | 58,289 | 56,834 | 63,540 | 63,702 | 64,753 | 77,840 | 78,001 | 108,812 | 265,329 | 65,117 | 65,411 | 65,704 | 1,033,331 |
| Direct Labor & Burden | 153,000 | 153,000 | 153,000 | 153,000 | 153,000 | 153,000 | 153,000 | 163,300 | 178,500 | 163,200 | 163,200 | 163,200 | 1,907,400 |
| Rent is Settlement Pmt to NYBDC | 17,500 | 17,850 | 17,850 | 17,850 | 17,850 | 17,850 | 17,850 | 17,850 | 17,850 | 17,850 | 17,850 | 17,850 | 213,850 |
| Indirect Labor & Burden | 71,400 | 71,400 | 71,400 | 71,400 | 71,400 | 71,400 | 71,400 | 71,400 | 71,400 | 81,600 | 81,600 | 81,600 | 887,400 |
| Equipment Expense | 3,060 | 3,060 | 3,060 | 3,060 | 3,060 | 3,060 | 3,060 | 3,060 | 3,060 | 3,060 | 3,060 | 3,060 | 36,720 |
| Janitorial & Utilities | 18,360 | 17,340 | 17,340 | 19,380 | 19,380 | 17,340 | 17,340 | 18,360 | 18,360 | 18,360 | 18,360 | 18,360 | 218,280 |
| Travel/Auto/Truck/Freight | 6,120 | 6,120 | 6,120 | 6,120 | 6,120 | 6,120 | 6,120 | 6,120 | 6,120 | 4,590 | 4,590 | 4,590 | 68,850 |
| Repairs & Maint | 3,060 | 3,060 | 3,060 | 3,060 | 3,060 | 3,060 | 3,060 | 3,060 | 3,060 | 3,060 | 3,060 | 3,060 | 36,720 |
| Sales & Marketing | 12,240 | 12,240 | 12,240 | 12,240 | 12,240 | 35,700 | 35,700 | 35,700 | 35,700 | 14,280 | 14,280 | 14,280 | 246,840 |
| General & Administrative | 112,200 | 112,200 | 112,200 | 112,200 | 112,200 | 112,200 | 178,500 | 178,500 | 178,500 | 127,500 | 127,500 | 127,500 | 1,591,200 |
| Research & Development | 3,570 | 3,570 | 3,570 | 3,570 | 3,570 | 3,570 | 3,570 | 3,570 | 3,570 | 3,570 | 3,570 | 3,570 | 42,840 |
| Total Operating Expenses | 458,799 | 456,674 | 463,380 | 465,582 | 466,633 | 501,140 | 567,601 | 614,732 | 781,449 | 502,187 | 502,481 | 502,774 | 6,283,431 |
| Consolidated Cell-Nique NOI | 37,826 | 30,773 | 14,890 | 13,708 | 19,290 | 67,379 | 1,937 | 11,910 | 429,450 | 47,833 | 49,393 | 50,954 | 775,344 |
| | | | | | | | | | | | | | |
| Monthly Payments | | | | | | | | | | | | | |
| Berkshire Bank | 14,829 | 14,829 | 14,829 | 14,829 | 14,829 | 14,829 | 14,829 | 14,829 | 14,829 | 14,829 | 14,829 | 14,829 | 177,944 |
| TD Bank | 751 | 751 | 751 | 751 | 751 | 751 | 751 | 751 | 751 | 751 | 751 | 751 | 9,008 |
| Combined IRS Priority Unsecured | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 30,714 |
| IRS Secured | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 6,812 |
| Combined NY Dept Tax Priority Unsecured | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 29,450 |
| SBA EIDL | 1,113 | 1,113 | 1,113 | 1,113 | 1,113 | 1,113 | 1,113 | 1,113 | 1,113 | 1,113 | 1,113 | 1,113 | 13,350 |
| MCA Capital Assist | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 1,584 |
| MCA Parkside | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 2,123 |
| MCA CFG | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 4,426 |
| UST | 650 | 0 | 0 | 650 | 0 | 0 | 650 | 0 | 0 | 650 | 0 | 650 | 3,250 |
| Pawnee | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 24,813 |
| Dancing Dear | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 625 | 7,500 |
| HMI/FOX | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 208 | 2,500 |
| Reiser | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 20,400 |
| Unsecured | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100,000 | 0 | 0 | 100,000 | 200,000 |
| Total Monthly Plan Payments | 28,204 | 27,554 | 27,554 | 28,204 | 27,554 | 27,554 | 28,204 | 27,554 | 127,554 | 28,204 | 27,554 | 128,204 | 533,903 |
| Combined Operating Expenses and Monthly Plan Payments | 487,003 | 484,229 | 490,935 | 493,786 | 494,187 | 528,694 | 595,806 | 642,286 | 909,003 | 530,391 | 530,035 | 630,979 | 6,817,334 |
| Net Income After Opex/Lease and Plan Payments | 9,622 | 3,219 | -12,664 | -14,496 | -8,264 | 39,825 | -26,267 | -15,644 | 301,896 | 19,629 | 21,839 | -77,251 | 241,442 |
| New Value Contribution | | | | | | | | | | | | | |
| Cumulative Cash Balance | 308,708 | 318,329 | 321,548 | 308,884 | 294,387 | 286,123 | 325,948 | 299,680 | 284,036 | 585932 | 605,561 | 627,400 | 550,149 |

| YEAR 3 FINANCIAL PROJECTIONS CONSOLIDATED CELL-NIQUE | Apr-27 | May-27 | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 | Nov-27 | Dec-27 | Jan-28 | Feb-28 | Mar-28 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | | | | |
| Hudson River Foods | 15,914 | 15,914 | 15,914 | 15,914 | 21,218 | 21,218 | 21,218 | 53,045 | 53,045 | 53,045 | 53,045 | 53,045 | 392,533 |
| Ians CoMan | 79,568 | 79,568 | 79,568 | 79,568 | 79,568 | 79,568 | 79,568 | 79,568 | 79,568 | 79,568 | 79,568 | 79,568 | 954,810 |
| CoManufacture | 371,315 | 371,315 | 371,315 | 371,315 | 371,315 | 424,360 | 424,360 | 424,360 | 318,270 | 371,315 | 371,315 | 371,315 | 4,561,870 |
| Dancing Deer | 42,436 | 31,827 | 21,218 | 21,218 | 21,218 | 53,045 | 53,045 | 79,568 | 795675 | 53,045 | 53,045 | 53,045 | 1,278,385 |
| Hodgson Mills | 4,244 | 5,305 | 6,365 | 7,426 | 8,487 | 9,548 | 10,609 | 11,670 | 12731 | 15,914 | 18,035 | 20,157 | 130,491 |
| Gross Sales | 513,476 | 503,923 | 494,379 | 495,440 | 501,806 | 587,739 | 588,800 | 648,210 | 1259238 | 594,104 | 596,226 | 598,348 | 7,381,742 |
| Less discounts and allowances | -1,952 | -1,857 | -1,761 | -1,772 | -1,305 | -2,164 | -2,175 | -2,769 | -12,062 | -27,583 | -27,796 | -28,008 | -111,204 |
| Total Consolidated Cell-Nique Revenues | 511,524 | 502,071 | 492,618 | 493,669 | 500,501 | 585,574 | 586,625 | 645,441 | 1,247,226 | 566,521 | 568,430 | 570,340 | 7,270,539 |
| | | | | | | | | | | | | | |
| Operating Expenses | | | | | | | | | | | | | |
| Direct Cost of Product | 59,454 | 57,971 | 64,311 | 64,976 | 66,048 | 79,337 | 79,561 | 110,988 | 270,535 | 66,419 | 66,719 | 67,018 | 1,053,998 |
| Direct Labor & Burden | 156,060 | 156,060 | 156,060 | 156,060 | 156,060 | 156,060 | 156,060 | 171,666 | 132,070 | 166,464 | 166,464 | 166,464 | 1,945,548 |
| Rent is Settlement Pmt to NYBDC | 17,850 | 18,207 | 18,207 | 18,207 | 18,207 | 18,207 | 18,207 | 18,207 | 18,207 | 18,207 | 18,207 | 18,207 | 218,127 |
| Indirect Labor & Burden | 72,828 | 72,828 | 72,828 | 72,828 | 72,828 | 72,828 | 72,828 | 72,828 | 72,828 | 83,232 | 83,232 | 83,232 | 905,148 |
| Equipment Expense | 3,121 | 3,121 | 3,121 | 3,121 | 3,121 | 3,121 | 3,121 | 3,121 | 3,121 | 3,121 | 3,121 | 3,121 | 37,454 |
| Janitorial & Utilities | 18,727 | 17,687 | 17,687 | 19,768 | 19,768 | 17,687 | 17,687 | 18,727 | 18,727 | 18,727 | 18,727 | 18,727 | 222,646 |
| Travel/Auto/Truck/Freight | 6,242 | 6,242 | 6,242 | 6,242 | 6,242 | 6,242 | 6,242 | 6,242 | 6,242 | 4,682 | 4,682 | 4,682 | 70,227 |
| Repairs & Maint | 3,121 | 3,121 | 3,121 | 3,121 | 3,121 | 3,121 | 3,121 | 3,121 | 3,121 | 3,121 | 3,121 | 3,121 | 37,454 |
| Sales & Marketing | 12,485 | 12,485 | 12,485 | 12,485 | 12,485 | 36,414 | 36,414 | 36,414 | 36,414 | 14,566 | 14,566 | 14,566 | 251,777 |
| General & Administrative | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 114,444 | 182,070 | 182,070 | 182,070 | 130,050 | 130,050 | 130,050 | 1,623,024 |
| Research & Development | 3,641 | 3,641 | 3,641 | 3,641 | 3,641 | 3,641 | 3,641 | 3,641 | 3,641 | 3,641 | 3,641 | 3,641 | 43,697 |
| | | | | | | | | | | | | | |
| Total Operating Expenses | 467,974 | 465,808 | 472,646 | 474,893 | 475,966 | 511,163 | 578,953 | 627,026 | 797,077 | 512,231 | 512,530 | 512,830 | 6,409,100 |
| Consolidated Cell-Nique NOI | 43,549 | 36,263 | 19,970 | 18,775 | 24,535 | 74,412 | 7,671 | 18,415 | 450,148 | 54,290 | 55,900 | 57,510 | 861,439 |
| Monthly Payments | | | | | | | | | | | | | |
| Berkshire Bank | 14,829 | 14,829 | 14,829 | 14,829 | 14,829 | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 263,052 |
| TD Bank | 751 | 751 | 751 | 751 | 751 | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 13,316 |
| Combined IRS Priority Unsecured | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 30,714 |
| IRS Secured | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 6,812 |
| Combined NY Dept Tax Priority Unsecured | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 29,480 |
| SBA EIDL | 1,113 | 1,113 | 1,113 | 1,113 | 1,113 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 15,333 |
| MCA Capital Assist | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 1,584 |
| MCA Parkside | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 2,123 |
| MCA CFG | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 4,426 |
| UST | 650 | 0 | 0 | 650 | 0 | 0 | 650 | 0 | 0 | 650 | 0 | 650 | 3,250 |
| Pawnee | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 24,813 |
| Dancing Dear | 625 | 625 | 625 | 625 | 625 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 16,426 |
| HMI/FOX | 208 | 208 | 208 | 208 | 208 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 18,958 |
| Reiser | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 20,400 |
| Unsecured | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100,000 | 0 | 0 | 100,000 | 200,000 |
| | | | | | | | | | | | | | |
| Total Monthly Plan Payments | 28,204 | 27,554 | 27,554 | 28,204 | 27,554 | 44,238 | 44,888 | 44,238 | 144,238 | 44,888 | 44,238 | 144,888 | 650,686 |
| Combined Operating Expenses and Monthly Plan Payments | 496,179 | 493,362 | 500,202 | 503,098 | 503,520 | 555,400 | 623,841 | 671,264 | 941315 | 557,118 | 556,768 | 657,718 | 7,059,786 |
| Net Income After Opex/Lease and Plan Payments | 15,345 | 8,709 | -7,584 | -9,429 | -3,019 | 30,174 | -37,217 | -25,823 | 305,911 | 9,402 | 11,662 | -87,378 | 210,753 |
| New Value Contribution | 550,149 | | | | | | | | | | | | |
| Cumulative Cash Balance | 565,494 | 574,202 | 566,618 | 557,189 | 554,170 | 584344 | 547,128 | 521,305 | 827215 | 836,618 | 848,280 | 760,902 | |

| YEAR 4 FINANCIAL PROJECTIONS CONSOLIDATED CELL-NIQUE | Apr-28 | May-28 | Jul-28 | Jul-28 | Aug-28 | Sep-28 | Oct-28 | Nov-28 | Dec-28 | Jan-29 | Feb-29 | Mar-29 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income** | | | | | | | | | | | | | |
| Hudson River Foods | 16,391 | 16,391 | 16,391 | 16,391 | 21,855 | 21,855 | 21,855 | 54,636 | 54,636 | 54,636 | 54,636 | 54,636 | 404,309 |
| Ians CoMan | 81,955 | 81,955 | 81,955 | 81,955 | 81,955 | 81,955 | 81,955 | 81,955 | 81,955 | 81,955 | 81,955 | 81,955 | 983,454 |
| CoManufacture | 382,454 | 382,454 | 382,454 | 382,454 | 382,454 | 437,091 | 437,091 | 437,091 | 327,818 | 382,454 | 382,454 | 382,454 | 4,698,726 |
| Dancing Deer | 43,709 | 32,782 | 21,855 | 21,855 | 21,855 | 54,636 | 54,636 | 81,955 | 819,545 | 54,636 | 54,636 | 54,636 | 1,316,736 |
| Hodgson Mills | 4,371 | 5,464 | 6,556 | 7,649 | 8,742 | 9,835 | 10,927 | 12,020 | 13,113 | 16,391 | 18,576 | 20,762 | 134,405 |
| Gross Sales | 528,880 | 519,045 | 509,211 | 510,304 | 516,860 | 605,371 | 606,463 | 667,656 | 1297067 | 611,927 | 614,113 | 616,298 | 7,603,194 |
| Less discounts and allowances | -2,011 | -1,912 | -1,814 | -1,825 | -1,344 | -2,229 | -2,240 | -2,852 | -12,424 | -28,411 | -28,629 | -28,848 | -114,540 |
| Total Consolidated Cell-Nique Revenues | 526,869 | 517,133 | 507,397 | 508,479 | 515,516 | 603,142 | 604,223 | 664,804 | 1284643 | 583,516 | 585,483 | 587,450 | 7,488,655 |
| | | | | | | | | | | | | | |
| **Operating Expenses** | | | | | | | | | | | | | |
| Direct Cost of Product | 60,643 | 59,131 | 66,107 | 66,275 | 67,369 | 80,955 | 81,153 | 113,208 | 276,048 | 67,748 | 68,053 | 68,359 | 1,075,078 |
| Direct Labor & Burden | 159,181 | 159,181 | 159,181 | 159,181 | 159,181 | 159,181 | 159,181 | 175,099 | 185,711 | 169,793 | 169,793 | 169,793 | 1,984,459 |
| Rent is Settlement Pmt to NYBDC | 18,207 | 18,571 | 18,571 | 18,571 | 18,571 | 18,571 | 18,571 | 18,571 | 18,571 | 18,571 | 18,571 | 18,571 | 222,490 |
| Indirect Labor & Burden | 74,285 | 74,285 | 74,285 | 74,285 | 74,285 | 74,285 | 74,285 | 74,285 | 74,285 | 84,897 | 84,897 | 84,897 | 923,251 |
| Equipment Expense | 3,184 | 3,184 | 3,184 | 3,184 | 3,184 | 3,184 | 3,184 | 3,184 | 3,184 | 3,184 | 3,184 | 3,184 | 38,203 |
| Janitorial & Utilities | 19,102 | 18,041 | 18,041 | 20,163 | 20,163 | 18,041 | 18,041 | 19,102 | 19,102 | 19,102 | 19,102 | 19,102 | 227,099 |
| Travel/Auto/Truck/Freight | 6,367 | 6,367 | 6,367 | 6,367 | 6,367 | 6,367 | 6,367 | 6,367 | 6,367 | 4,775 | 4,775 | 4,775 | 71,632 |
| Repairs & Maint | 3,184 | 3,184 | 3,184 | 3,184 | 3,184 | 3,184 | 3,184 | 3,184 | 3,184 | 3,184 | 3,184 | 3,184 | 38,203 |
| Sales & Marketing | 12,734 | 12,734 | 12,734 | 12,734 | 12,734 | 37,142 | 37,142 | 37,142 | 37,142 | 14,857 | 14,857 | 14,857 | 256,812 |
| General & Administrative | 116,733 | 116,733 | 116,733 | 116,733 | 116,733 | 116,733 | 185,711 | 185,711 | 185,711 | 132,651 | 132,651 | 132,651 | 1,655,484 |
| Research & Development | 3,714 | 3,714 | 3,714 | 3,714 | 3,714 | 3,714 | 3,714 | 3,714 | 3,714 | 3,714 | 3,714 | 3,714 | 44,571 |
| | | | | | | | | | | | | | |
| Total Operating Expenses | 477,334 | 475,124 | 482,101 | 484,391 | 485,485 | 521,386 | 590,533 | 639,567 | 813,019 | 522,475 | 522,781 | 523,086 | 6,537,282 |
| Consolidated Cell-Nique NOI | 49,535 | 42,009 | 25,296 | 24,087 | 30,031 | 81,756 | 13,691 | 25,237 | 471,624 | 61,041 | 62,702 | 64,364 | 951,373 |
| | | | | | | | | | | | | | |
| **Monthly Payments** | | | | | | | | | | | | | |
| Berkshire Bank | -- | | | | | | | | | | | | |
| TD Bank | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 323,843 |
| Combined IRS Priority Unsecured | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 16,393 |
| IRS Secured | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 30,714 |
| Combined NY Dept Tax Priority Unsecured | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 6,812 |
| SBA EIDL | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 2,457 | 29,480 |
| MCA Capital Assist | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 16,750 |
| MCA Parkside | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 1,584 |
| MCA CFG | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 2,123 |
| UST | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 4,426 |
| Pawnee | 650 | 0 | 0 | 650 | 0 | 0 | 650 | 0 | 0 | 650 | 0 | 650 | 3,250 |
| Dancing Dear | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 24,813 |
| HM/FOX | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 22,802 |
| Reiser | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 30,714 |
| Unsecured | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 1,700 | 20,400 |
| | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100,000 | 0 | 0 | 100,000 | 200,000 |
| Total Monthly Plan Payments | 44,888 | 44,238 | 44,238 | 44,888 | 44,238 | 44,238 | 44,888 | 44,238 | 144,238 | 44,888 | 44,238 | 144,888 | 734,102 |
| Combined Operating Expenses and Monthly Plan Payments | 522,222 | 519,362 | 526,339 | 529,279 | 529,723 | 565,624 | 635,420 | 683,804 | 957257 | 567,363 | 567,018 | 667,974 | 7,271,384 |
| Net Income After Opex/Lease and Plan Payments | 4,648 | -2,229 | -18,942 | -20,800 | -14,207 | 37,518 | -31,197 | -19,000 | 327,386 | 16,153 | 18,465 | -80,524 | 217,271 |
| New Value Contribution | | | | | | | | | | | | | |
| Cumulative Cash Balance | 760,902 | 765,550 | 763,321 | 744379 | 723,579 | 709,372 | 746890 | 715,693 | 696,693 | 1024079 | 1,040,232 | 1,058,697 | 978,173 |

| YEAR 5 FINANCIAL PROJECTIONS CONSOLIDATED CELL-NIQUE | | Apr-29 | May-29 | Jun-29 | Jul-29 | Aug-29 | Sep-29 | Oct-29 | Nov-29 | Dec-29 | Jan-30 | Feb-30 | Mar-30 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Income | | | | | | | | | | | | | | |
| Hudson River Foods | | 16,883 | 16,883 | 16,883 | 16,883 | 22,510 | 22,510 | 22,510 | 56,275 | 56,275 | 56,275 | 56,275 | 56,275 | 416,438 |
| Ians CoMan | | 84,413 | 84,413 | 84,413 | 84,413 | 84,413 | 84,413 | 84,413 | 84,413 | 84,413 | 84,413 | 84,413 | 84,413 | 1,012,958 |
| CoManufacture | | 393,928 | 393,928 | 393,928 | 393,928 | 393,928 | 450,204 | 450,204 | 450,204 | 337,653 | 393,928 | 393,928 | 393,928 | 4,839,688 |
| Dancing Deer | | 45,020 | 33,765 | 22,510 | 22,510 | 22,510 | 56,275 | 56,275 | 84,413 | 844132 | 56,275 | 56,275 | 56,275 | 1,356,238 |
| Hodgson Mills | | 4,502 | 5,628 | 6,753 | 7,879 | 9,004 | 10,130 | 11,255 | 12,381 | 13,506 | 16,883 | 19,134 | 21,385 | 138,438 |
| Gross Sales | | 544,746 | 534,617 | 524,487 | 525,613 | 532,366 | 623,532 | 624,657 | 687,686 | 1335979 | 630,285 | 632,536 | 634,787 | 7,831,290 |
| Less discounts and allowances | | -2,071 | -1,970 | -1,868 | -1,880 | -1,384 | -2,296 | -2,307 | -2,938 | -12,797 | -29,263 | -29,488 | -29,713 | -117,976 |
| Total Consolidated Cell-Nique Revenues | | 542,675 | 532,647 | 522,619 | 523,733 | 530,981 | 621,236 | 622,350 | 684,748 | 1323,182 | 601,022 | 603,048 | 605,074 | 7,713,314 |
| | | | | | | | | | | | | | | |
| Direct Cost of Product | | 61,856 | 60,313 | 67,429 | 67,601 | 68,716 | 82,604 | 82,776 | 115,472 | 281,569 | 69,102 | 69,414 | 69,726 | 1,096,579 |
| Direct Labor & Burden | | 162,365 | 162,365 | 162,365 | 162,365 | 162,365 | 162,365 | 162,365 | 178,601 | 189,426 | 173,189 | 173,189 | 173,189 | 2,024,148 |
| Rent is Settlement Pmt to NYBDC | | 18,571 | 18,943 | 18,943 | 18,943 | 18,943 | 18,943 | 18,943 | 18,943 | 18,943 | 18,943 | 18,943 | 18,943 | 226,939 |
| Indirect Labor & Burden | | 75,770 | 75,770 | 75,770 | 75,770 | 75,770 | 75,770 | 75,770 | 75,770 | 75,770 | 86,595 | 86,595 | 86,595 | 941,716 |
| Equipment Expense | | 3,247 | 3,247 | 3,247 | 3,247 | 3,247 | 3,247 | 3,247 | 3,247 | 3,247 | 3,247 | 3,247 | 3,247 | 38,968 |
| Janitorial & Utilities | | 19,484 | 18,401 | 18,401 | 18,401 | 20,566 | 18,401 | 18,401 | 19,484 | 19,484 | 19,484 | 19,484 | 19,484 | 231,640 |
| Travel/Auto/Truck/Freight | | 6,495 | 6,495 | 6,495 | 6,495 | 6,495 | 6,495 | 6,495 | 6,495 | 6,495 | 4,871 | 4,871 | 4,871 | 73,064 |
| Repairs & Maint | | 3,247 | 3,247 | 3,247 | 3,247 | 3,247 | 3,247 | 3,247 | 3,247 | 3,247 | 3,247 | 3,247 | 3,247 | 38,968 |
| Sales & Marketing | | 12,989 | 12,989 | 12,989 | 12,989 | 12,989 | 37,885 | 37,885 | 37,885 | 37,885 | 15,154 | 15,154 | 15,154 | 261,949 |
| General & Administrative | | 119,068 | 119,068 | 119,068 | 119,068 | 119,068 | 119,068 | 189,426 | 189,426 | 189,426 | 135,304 | 135,304 | 135,304 | 1,688,594 |
| Research & Development | | 3,789 | 3,789 | 3,789 | 3,789 | 3,789 | 3,789 | 3,789 | 3,789 | 3,789 | 3,789 | 3,789 | 3,789 | 45,462 |
| Total Operating Expenses | | 486,881 | 484,627 | 491,743 | 494,079 | 495,195 | 531,814 | 602,343 | 652,358 | 829,279 | 532,925 | 533,236 | 533,548 | 6,668,027 |
| Consolidated Cell-Nique NOI | | 55,795 | 48,021 | 30,876 | 29,654 | 35,787 | 89,422 | 20,007 | 32,390 | 493,903 | 68,097 | 69,811 | 71,525 | 1,045,287 |
| Monthly Payments | | | | | | | | | | | | | | |
| Berkshire Bank | | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 26,987 | 323,843 |
| TD Bank | | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 1,366 | 16,393 |
| Combined IRS Priority Unsecured | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| IRS Secured | | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 568 | 6,812 |
| Combined NY Dept Tax Priority Unsecured | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SBA EIDL | | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 1,396 | 16,750 |
| MCA Capital Assist | | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 132 | 1,584 |
| MCA Parkside | | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 177 | 2,123 |
| MCA CFG | | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 369 | 4,426 |
| UST | | 650 | 0 | 0 | 650 | 0 | 0 | 650 | 0 | 0 | 650 | 0 | 650 | 3,250 |
| Pawnee | | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 2,068 | 24,813 |
| Dancing Dear | | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 1,900 | 22,802 |
| Reiser | | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 2,559 | 30,714 |
| Unsecured | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 100,000 | 0 | 0 | 100,000 | 200,000 |
| Total Monthly Plan Payments | | 38,172 | 37,522 | 37,522 | 38,172 | 37,522 | 37,522 | 38,172 | 37,522 | 137,522 | 38,172 | 37,522 | 138,172 | 653,509 |
| Combined Operating Expenses and Monthly Plan Payments | | 525,052 | 522,148 | 529,264 | 532,251 | 532,716 | 569,335 | 640,515 | 689,880 | 966801 | 571,096 | 570,758 | 671,720 | 7,321,536 |
| Net Income After Opex/Lease and Plan Payments | | 17,623 | 10,499 | -6,646 | -8,518 | -1,735 | 51,901 | -18,165 | -5,131 | 356,381 | 29,925 | 32,290 | -66,646 | 391,778 |
| Cumulative Cash Balance | 978,173 | 995,796 | 1,006,295 | 999649 | 991,132 | 989,397 | 1041298 | 1,023,133 | 1,018,002 | 1,374,382 | 1,404,308 | 1,436,598 | 1,369,951 | |

| Balloon Pmts end of 60th Month | |
|---|---|
| Berkshire Bank | 2,162,696 |
| TD Bank | 109,477 |
| IRS Secured | 45,491 |
| SBA EIDL | 165,439 |
| MCA Capital Assist | 31,671 |
| MCA Parkside | 42,458 |
| MCA CFG | 88,518 |
| Dancing Dear | 150,000 |
| HMI/FOX | 50,000 |
| NYBDC | 1,789,873 |
| TOTAL BALLOON PAYMENTS | 4,635,624 |
| | |
| TOTAL PROJECTED CASH BALANCE ON 60TH MoONTH OF THE PLAN | 1,369,951 |
| | |
| TOTAL PROJECTED REFINANCE PROCEEDS FOR REQ'D TO PAYOFF OF SECURED CREDITORS | 3,265,672 |