Schedule for 7.1

Exhibit Assumed Contracts and Leases

- Cell-nique Corporation (Tenant) Real Estate Lease with PCC Castleton Corporation (Landlord)

- Rieser Equipment Purchase Agreement

- Pawnee Equipment Lease

- Hitachi Equipment Lease

- CIT Citizens Bank Truck Lease

- Citizens Bank Equipment Lease