**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| | ) | Case No. 24-10508 (Main Case) |
| CELL-NIQUE CORPORATION, et al., | ) | Case No. 24-10702 |
| | ) | Case No. 24-10677 |
| | ) | Case No. 24-10775 |
| Debtors. | ) | Consolidated |
| | ) | |

**ORDER APPROVING AMENDED DISCLOSURE STATEMENT AND FIXING TIME FOR HEARING ON CONFIRMATION, FILING ACCEPTANCES OR REJECTIONS OF PLAN AND FIXING DATES, COMBINED WITH NOTICE THEREOF**

An Amended Disclosure Statement (ECF No. 86) under Chapter 11 of the Bankruptcy Code having been filed by the Debtor on **July 3, 2025**, referring to an Amended Plan (ECF No. 87) under Chapter 11 of the Code filed by the Debtor on **July 3, 2025**; and it having been determined after hearing on notice that the Amended Disclosure Statement contains adequate information pursuant to 11 U.S.C. § 1125:

IT IS HEREBY ORDERED, and notice is hereby given, that:

A. The Amended Disclosure Statement (ECF No. 86) is approved.

B. **August 13, 2025**, is fixed as the last day for submitting written acceptances or rejections of the Plan referred to above pursuant to Fed. R. Bankr. P. 3017(c).

C. The Amended Plan, Amended Disclosure Statement, and a ballot conforming to Official Form 314 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d) and Fed. R. Bankr. P. 2002(b).

D. A hearing on confirmation of the Amended Plan is set for **11:00 a.m.** on **August 27, 2025**. Parties may appear either in-person at the James T. Foley Courthouse, 445 Broadway, Albany, New York 12207 or telephonically via call-in number 518-217-2288, conference ID 939500229#.

E. Written objections to confirmation of the Amended Plan must be filed with the Court and served in accordance with Fed. R. Bankr. P. 3020(b)(1) no later than seven (7) days prior to the hearing on confirmation.

F. Ballots are to be returned to the Debtor by and through counsel at the following address: Peter A. Pastore, Esq., O'Connell & Aronowitz, 54 State Street, 9th Floor, Albany, New York 12207.

The above hearing may be adjourned from time to time by announcement made in open court, without further written notice to parties in interest.

ENCLOSED HEREWITH IS A COPY OF: PLAN, BALLOT FOR ACCEPTING OR REJECTING PLAN AND DISCLOSURE STATEMENT. PLEASE RETURN BALLOTS TO THE ATTORNEY FOR THE DEBTOR AT THE ABOVE ADDRESS.

Dated July 3, 2025
Albany, NY

SO ORDERED

_____
Hon. Robert E. Littlefield, Jr.
United States Bankruptcy Judge