# O'CONNELL ARONOWITZ
## ATTORNEYS AT LAW

August 8, 2025

EDWARD J. O'CONNELL
1925-1939
SAMUEL E. ARONOWITZ
1925-1973
LEON ARONOWITZ
1941-1969
LEWIS A. ARONOWITZ
1951-1979

IN MEMORIAM:
ROBERT J. KOSHGARIAN
2015-2025

STEPHEN R. COFFEY
THOMAS J. DINOVO
PAMELA A. NICHOLS
DAVID R. ROSS
KURT E. BRATTEN
MICHAEL P. McDERMOTT
PETER A. PASTORE
KEVIN LAURILLIARD
KELLY J. MIKULLITZ
WILLIAM F. BERGLUND
MATTHEW J. DORSEY
FRANCIS J. SMITH, JR.
GRAIG F. ZAPPIA
STEVEN G. THOMAS

OF COUNSEL
CORNELIUS D. MURRAY
JEFFREY J. SHERRIN
RICHARD S. HARROW
DANIEL J. TUCZINSKI
FLORENCE M. RICHARDSON
KAREN MARTINO VALLE
BRIAN M. CULNAN
CRISTINA D. COMMISSO
MICHAEL Y. HAWRYLCHAK

ALLEN F. LIGHT
JAMES D. WIGHAUS
SAMANTHA L. FEMIA
REBECCA M. DUNNING
NICHOLAS M. CERVINI
MICHAEL J. LAWSON
JENNA M. DIBENEDETTO
ANNA R. MYERS NORTON
LISA C. HLADIK
LILLIAN C. HAHN
RYAN A. FORBES
COLIN D. GREEN
KRISHIKA SURESHWARAN

HOLLY E. VEGAS*
(DIRECTOR, HEALTHCARE
CONSULTING GROUP)

*NOT A MEMBER OF THE
LEGAL PRACTICE

**VIA ECF**

Hon. Robert E. Littlefield, Jr.
James T. Foley Courthouse
445 Broadway
Albany, NY 12207

Re:   Cell-Nique Corporation, et al.
      Case No.: 24-10508 (Main Case)

Dear Judge Littlefield:

An Order was issued on July 3, 2025, approving the Amended Disclosure Statement. In that order, the Amended Plan, the Amended Disclosure Statement, and a Ballot were to be served no less than 28 days prior to the hearing scheduled for August 27, 2025. Due to unforeseen events, my office was unable to provide the requisite notice per the order of July 3, 2025. My apologies for any inconvenience I may have caused thereby.

I respectfully request that an Amended order providing a new hearing date for confirmation of the Plan be scheduled.

Thank you.

Respectfully Submitted,

O'CONNELL AND ARONOWITZ, P.C.

By: _____
Peter A. Pastore, Esq.

PAP/as

54 State Street • Albany, NY 12207 • (p) 518-462-5601 • (f) 518-462-2670
SERVICE BY FAX NOT ACCEPTED.

4917-0035-2603, v. 1

With offices in Albany and Saratoga Springs.
www.oalaw.com