*Attorneys for Debtor and Debtor-In-Possession*
*O'Connell & Aronowitz, P.C.*
*Peter A. Pastore, Esq.*
*54 State Street, 9th Floor*
*Albany, New York 12207*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case Number: 24-10508-1 (REL) |
| CELL-NIQUE CORPORATION, et al, | (Main Case) |
| | Case Number: 24−10702 |
| Debtors. | Case Number: 24-10775 |
| | Case Number: 24−10677 |
| | Consolidated |

## CERTIFICATION OF BALLOTS ACCEPTING AMENDED CHAPTER 11 PLAN FILED BY DEBTOR

I, Peter A. Pastore, hereby declares under penalty of perjury as follows:

1.      I am a principal of the firm of O'Connell & Aronowitz, P.C. ("O&A"), counsel to the Debtor. The Debtor is the proponent of the Amended Chapter 11 Plan dated July 3, 2025 (the "Plan"). I have personal knowledge of the facts and matters set forth herein.

2.      By Order dated August 8, 2025 (the "Approval Order"), the Amended Disclosure Statement dated July 3, 2025 (the "Disclosure Statement") submitted by the Debtor in connection with the Plan was approved by the Court. In accordance with the Approval Order, the Debtor was authorized to disseminate a solicitation package (the "Solicitation Package") to all creditors and parties required to receive notice in this case.

3.      In the Approval Order, the Court fixed October 3, 2025, as the last date for receipt by O&A of Ballots accepting or rejecting the Plan in accordance with the procedures contained in the Disclosure Statement (the "Voting Procedures").

4.      On August 28, 2025, the Solicitation Package was disseminated by O&A by

first class mail in accordance with the Approval Order. An affidavit evidencing the service of
the Solicitation Package was filed with the Bankruptcy Court (see, Dkt. No. 100).

5.      Pursuant to the Voting Procedures, Ballots were permitted to be returned by U.S.
Mail, overnight mail or facsimile. No other form of transmission was permitted.

6.      All Ballots were entered onto a chart prepared by me personally (the "Ballot
Chart") and, any specific reasons why a Ballot should not be counted or should be counted in a
different amount were included on the chart as well.

7.      All Ballots were tabulated in accordance with the Voting Procedures. Any
Ballots received, or which may hereafter be received, after the Ballot deadlines were not and
will not be counted pursuant to the Voting Procedures.

8.      In accordance with the foregoing, and as further set forth on the Ballot Chart
annexed hereto as Exhibit "A", I hereby certify that O & A received Ballots from Class 1, Class
3, Class 4 and Class 12 Claimants (secured creditors), and three Ballots from Class 15 Claimants
(General Unsecured Claims), all of whom voted in favor of the Plan and have therefore accepted
the Plan. The class 12 vote of Robert Reiser & Co. was originally a no vote which was
subsequently withdrawn, and an acceptance vote was cast.  The Class 1 vote of NYBDC d/b/a
Pursuit was originally a no vote which was subsequently withdrawn, and an acceptance vote was
cast. The ballots and the acceptance thereof are attached.

9.      I hereby declare and state that the foregoing information concerning the
distribution, submission and tabulation of Ballots in connection with the Plan is true and correct.
IN WITNESS WHEREOF, I have executed this certification on the 15th day of October,
2025.

Peter A. Pastore

| Claimant | Class | Date Received | Vote | Amount |
|---|---|---|---|---|
| NYBDC d/b/a Pursuit | 1 | 10/2/2025 | Accept as per email exchange w/ Peter Burgess, Esq. | $1,952,658.05 |
| Berkshire Bank | 3 | 10/2/2025 | Accept | $2,243,030.00 |
| TD Bank | 4 | 9/30/2025 | Accept | $112,596.00 |
| Robert Reiser & Co | 12 | 10/2/2025 | Accept as per email exchange w/Andrew Rivera, Esq. | $91,997.96 |
| Parkland Industrial Hemp | 15 | 9/30/2025 | Accept | $583,970.23 |
| Sherwin Williams | 15 | 9/25/2025 | Accept | $19,752.49 |
| Sweet Products LLC | 15 | 9/9/2025 | Accept | $12,559.08 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>CELL-NIQUE CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br>Case No. 24-10508 (REL)<br>(Main Case)<br>Case Number: 24-10702<br>Case Number: 24-10775<br>Case Number: 24-10677<br>Consolidated |

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S AMENDED PLAN OF REORGANIZATION

On July 3, 2025, Cell-Nique Corporation, consolidated, (the "Debtor") filed an Amended Disclosure Statement (the "Disclosure Statement") referring to an Amended Plan (the "Plan") under Chapter 11 of the Code filed by the Debtor on July 3, 2025. The Court has approved the Disclosure Statement by order dated August 8, 2025, which provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the enclosed Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the plan and the classification and treatment of your claim under the Plan.**

**If your Ballot is not received by O'Connell and Aronowitz, P.C., 54 State Street, 9th Floor, Albany, New York 12207, Attn: Peter A. Pastore, Esq.; either (a) by first class mail (b) by overnight mail service, of (c) by personal delivery so that, in each case, it is actually received no later that 5:00 p.m. (Eastern Standard Time) on October 2, 2025 (the "Voting Deadline"), your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the Holder of a Class __1__ claim against the Debtor in the amount of $ 1,953,658.05 .

**OR**

The undersigned, the Holder of a Class ____ equity interest in the Debtor, consisting of ___ Shares or other equity interest in the Debtor.

[ ] ACCEPTS THE PLAN               ☑ REJECTS THE PLAN


ANY BALLOT THAT IS EXECUTED BY THE HOLDER OF A CLAIM THAT INDICATES BOTH AN ACCEPTANCE AND A REJECTION OF THE PLAN WILL BE COUNTED AS AN ACCEPTANCE OF THE PLAN.


Dated: 10/01/2025


Print or Type Name: Justin Nadeau

Signature: _____          Title: Senior Vice President
                                          (if Creditor is Corporation of Partnership)

Name of Corporation: NYBDC d/b/a Pursuit

Address: 19 British American Blvd. East
         Latham, NY 12110


**RETURN THIS BALLOT TO:**
**O'CONNELL & ARONOWITZ, P.C.**
Counsel to Debtor
54 State Street, 9th Floor
Albany, New York, 12207
Attn: Peter A. Pastore, Esq.

**Amy Sullivan**

| | |
|---|---|
| **From:** | Peter A. Pastore, Esq. |
| **Sent:** | Wednesday, October 15, 2025 1:59 PM |
| **To:** | Peter Burgess |
| **Cc:** | Dan Ratner; Amy Sullivan |
| **Subject:** | RE: Cell-Nique (Pursuit/NYBDC) |

Peter: Debtor is in agreement with your email below. We will report to the Court that Pursuit's ballot will be changed to accept and we will incorporate your requirements in the confirmation order. Thank you, Peter

### Peter A. Pastore, Esq.
Shareholder
Telephone: 518-462-5601



This message originates from the law firm of O'Connell and Aronowitz, P.C. The information contained in this e-mail and any files transmitted with it may be a confidential attorney-client communication or may otherwise be privileged and confidential. If the reader of this message, regardless of the address or routing, is not an intended recipient, you are hereby notified that you have received this transmittal in error and any review, use, distribution, dissemination or copying is strictly prohibited. If you have received this message in error, please delete this e-mail and all files transmitted with it from your system and immediately notify O'Connell and Aronowitz, P.C. by sending a reply e-mail to the sender of this message. In order to comply with the disclosure requirements under IRS Circular 230: unless expressly stated otherwise, nothing contained in this communication is intended or written to be used, nor may it be relied upon or used, (i) by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code and/or (ii) by any person to support the promotion or marketing of any Federal tax transaction(s) or matter(s) addressed in this communication. Thank you.

**From:** Peter Burgess <pburgess@bapclaw.com>
**Sent:** Wednesday, October 15, 2025 1:15 PM
**To:** Peter A. Pastore, Esq. <papastore@oalaw.com>
**Subject:** Cell-Nique (Pursuit/NYBDC)

**[EXTERNAL EMAIL]** WARNING: This message is from an external organization. STOP, LOOK, and THINK before you CLICK links or OPEN attachments. Please be sure you KNOW and TRUST the source of this email.

Peter,

Here are the requirements for Pursuit to change its no vote on confirmation to a yes vote:

1. Parties agree to the validity and amount of Pursuit claim number 10 ($457,593.60) and Pursuit claim number 11 ($1,952,658.05) as fully secured claims in the total amount of $2,410.251.65 as of 7/15/2024 (the "Pursuit Claims").

2. The Pursuit Claims will be paid at a fixed 7.0% interest rate from 7/15/2024 in biweekly payments in the amount of $8,750.00.

3. All payments will be credited as a 365/360 commercial real estate loan "originating" on 7/15/2024.

4. A balloon payment for the balance of the Pursuit Claims will be due on 7/15/2029.

5. The parties reserve all rights for an accounting of the adequate protection payments made from date of filing through confirmation as well as the amount of the balloon payment (which will be determined on or around 7/15/2029).

**Peter L. Burgess**
Attorney

Burgess & Associates

**6 Executive Park Drive, Suite C**
**Clifton Park, New York 12065**

*T:* (518) 371-0052
*F:* (518) 371-0053
pburgess@bapclaw.com
www.bapclaw.com

*CONFIDENTIALITY NOTICE: This email, including any attachments, is for the exclusive use of intended recipient and may contain confidential or privileged information. If you are not the intended recipient, you are hereby notified that any use, disclosure, copying, distribution or taking any action in reliance on this information is strictly prohibited. If you have received this email in error, please notify the sender and delete the message.*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  | Chapter 11 |
|---|---|
| In Re: | Case No. 24-10508 (REL) (Main Case) |
| CELL-NIQUE CORPORATION, et al., | Case Number: 24-10702 |
|  | Case Number: 24-10775 |
| Debtors. | Case Number: 24-10677 |
|  | Consolidated |

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S AMENDED PLAN OF REORGANIZATION

On July 3, 2025, Cell-Nique Corporation, consolidated, (the "**Debtor**") filed an Amended Disclosure Statement (the "**Disclosure Statement**") referring to an Amended Plan (the "**Plan**") under Chapter 11 of the Code filed by the Debtor on July 3, 2025. The Court has approved the Disclosure Statement by order dated August 8, 2025, which provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the enclosed Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the plan and the classification and treatment of your claim under the Plan.**

**If your Ballot is not received by O'Connell and Aronowitz, P.C., 54 State Street, 9th Floor, Albany, New York 12207, Attn: Peter A. Pastore, Esq.; either (a) by first class mail (b) by overnight mail service, of (c) by personal delivery so that, in each case, it is actually received no later that 5:00 p.m. (Eastern Standard Time) on October 2, 2025 (the "Voting Deadline"), your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the Holder of a Class __3__ claim against the Debtor in the amount of $ 2,243,030

**OR**

The undersigned, the Holder of a Class ____ equity interest in the Debtor, consisting of ___ Shares or other equity interest in the Debtor.

[X] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

ANY BALLOT THAT IS EXECUTED BY THE HOLDER OF A CLAIM THAT INDICATES BOTH AN ACCEPTANCE AND A REJECTION OF THE PLAN WILL BE COUNTED AS AN ACCEPTANCE OF THE PLAN.

Dated: _9/11/2025_

Print or Type Name: _James Fox_

Signature: _____ Title: _First Vice President_
                                (if Creditor is Corporation of Partnership)

Name of Corporation: _Beacon Bank + Trust_
Address: _Successor by Merger to Berkshire Bank_
_131 Clarendon St_
_Boston, MA 02116_

**RETURN THIS BALLOT TO:**
**O'CONNELL & ARONOWITZ, P.C.**
Counsel to Debtor
54 State Street, 9th Floor
Albany, New York, 12207
Attn: Peter A. Pastore, Esq.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| In Re: | Chapter 11 |
| | Case No. 24-10508 (REL) (Main Case) |
| CELL-NIQUE CORPORATION, et al., | Case Number: 24-10702 |
| | Case Number: 24-10775 |
| Debtors. | Case Number: 24-10677 |
| | Consolidated |

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S AMENDED PLAN OF REORGANIZATION

On July 3, 2025, Cell-Nique Corporation, consolidated, (the "Debtor") filed an Amended Disclosure Statement (the "Disclosure Statement") referring to an Amended Plan (the "Plan") under Chapter 11 of the Code filed by the Debtor on July 3, 2025. The Court has approved the Disclosure Statement by order dated August 8, 2025, which provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the enclosed Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the plan and the classification and treatment of your claim under the Plan.

If your Ballot is not received by O'Connell and Aronowitz, P.C., 54 State Street, 9th Floor, Albany, New York 12207, Attn: Peter A. Pastore, Esq.; either (a) by first class mail (b) by overnight mail service, of (c) by personal delivery so that, in each case, it is actually received no later that 5:00 p.m. (Eastern Standard Time) on October 2, 2025 (the "Voting Deadline"), your vote will not count as either an acceptance or rejection of the plan.

If the plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the Holder of a Class ___4___ claim against the Debtor in the amount of
$ __112,596.00___ .

**OR**

The undersigned, the Holder of a Class ____ equity interest in the Debtor, consisting of ___ Shares or other equity interest in the Debtor.

{00924738.1}
4912-1699-1075, v. 1

[X] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

X The Debtor shall clarify in the Order confirming the Plan that the TD Bank claim in the sum of $112,596 will be paid based on 10 year amortization schedule at 8% interest with the balloon payment on the 60th month. The monthly payments are $1,366. per month which is inclusive of principal and interest with an approximate balloon payment of $67,823.10 on the 60th month.

ANY BALLOT THAT IS EXECUTED BY THE HOLDER OF A CLAIM THAT INDICATES BOTH AN ACCEPTANCE AND A REJECTION OF THE PLAN WILL BE COUNTED AS AN ACCEPTANCE OF THE PLAN.

Dated: 09/19/2025

Print or Type Name: __Erika Chamberlain__

Signature: _Erika Chamberlain_    Title: __Vice President__
                                     (if Creditor is Corporation of Partnership)

Name of Corporation: __TD Bank, N.A.__

Address: __One Portland Square__
              __Portland, Maine 04101__

**RETURN THIS BALLOT TO:**
**O'CONNELL & ARONOWITZ, P.C.**
Counsel to Debtor
54 State Street, 9th Floor
Albany, New York, 12207
Attn: Peter A. Pastore, Esq.

{00924738.1}
4912-1699-1075, v. 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 24-10508 (REL) |
| | (Main Case) |
| CELL-NIQUE CORPORATION, et al., | Case Number: 24-10702 |
| | Case Number: 24-10775 |
| Debtors. | Case Number: 24-10677 |
| | Consolidated |

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S AMENDED PLAN OF REORGANIZATION

On July 3, 2025, Cell-Nique Corporation, consolidated, (the "**Debtor**") filed an Amended Disclosure Statement (the "**Disclosure Statement**") referring to an Amended Plan (the "**Plan**") under Chapter 11 of the Code filed by the Debtor on July 3, 2025. The Court has approved the Disclosure Statement by order dated August 8, 2025, which provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the enclosed Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the plan and the classification and treatment of your claim under the Plan.

If your Ballot is not received by O'Connell and Aronowitz, P.C., 54 State Street, 9th Floor, Albany, New York 12207, Attn: Peter A. Pastore, Esq.; either (a) by first class mail (b) by overnight mail service, of (c) by personal delivery so that, in each case, it is actually received no later that 5:00 p.m. (Eastern Standard Time) on October 2, 2025 (the "Voting Deadline"), your vote will not count as either an acceptance or rejection of the plan.

If the plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the Holder of a Class __12__ claim against the Debtor in the amount of $ 91,997.96__.

**OR**

The undersigned, the Holder of a Class ____ equity interest in the Debtor, consisting of ___ Shares or other equity interest in the Debtor.

[ ] ACCEPTS THE PLAN                    [x] REJECTS THE PLAN


ANY BALLOT THAT IS EXECUTED BY THE HOLDER OF A CLAIM THAT INDICATES BOTH AN ACCEPTANCE AND A REJECTION OF THE PLAN WILL BE COUNTED AS AN ACCEPTANCE OF THE PLAN.


Dated: 10/01/2025


Print or Type Name: Andew S. Rivera, Esq. as counsel to Robert Reiser & Co., Inc.

Signature: _____    Title: _____
                                                    (If Creditor is Corporation of Partnership)

Name of Corporation: Robert Reiser & Co., Inc.

Address: c/o Bond, Shoeneck & King PLLC
         One Lincoln Center
         Syracuse, New York 13202
         (315) 218-8000


RETURN THIS BALLOT TO:
O'CONNELL & ARONOWITZ, P.C.
Counsel to Debtor
54 State Street, 9th Floor
Albany, New York, 12207
Attn: Peter A. Pastore, Esq.

## Peter A. Pastore, Esq.

| | |
|---|---|
| **From:** | Rivera, Andrew <arivera@bsk.com> |
| **Sent:** | Thursday, October 9, 2025 1:55 PM |
| **To:** | Peter A. Pastore, Esq. |
| **Cc:** | Amy Sullivan; Sullivan, Charles |
| **Subject:** | RE: Reiser Objection to Cell-Nique Plan Treatment |

**[EXTERNAL EMAIL]** WARNING: This message is from an external organization. STOP, LOOK, and THINK before you CLICK links or OPEN attachments. Please be sure you KNOW and TRUST the source of this email.

Peter, as per our conversation, this confirms that we have an agreement on plan treatment for Reiser (52 months, at $2041.95). This also confirms that Reiser's ballot rejecting the plan is withdrawn, and Reiser now supports the plan. We can advise the Court about the settlement at the hearing, and memorialize it in a further amended plan (if you plan on filing a confirmation version), or simply through the confirmation order. Thank you.

**Andrew S. Rivera**
Associate
Business Restructuring, Creditors' Rights and Bankruptcy
315.218.8351 **Direct**
arivera@bsk.com  Bio

**Bond: Essential to Your Business | 300+ Attorneys in 15 Offices | 30+ Practice and Industry Groups**
For informed business and legal counsel, subscribe to Bond publications here

One Lincoln Center
Syracuse, NY 13202-1355
315.218.8000 **Firm**
bsk.com

*This email is ONLY for the person(s) named in the message header. Unless otherwise indicated, it contains information that is confidential, privileged or exempt from disclosure under applicable law. If you have received it in error, please notify the sender of the error and delete the message.*

**From:** Rivera, Andrew <arivera@bsk.com>
**Sent:** Wednesday, October 8, 2025 9:33 PM
**To:** Sullivan, Charles <sullivc@bsk.com>; Peter A. Pastore, Esq. <papastore@oalaw.com>
**Cc:** Amy Sullivan <asullivan@oalaw.com>
**Subject:** Re: Reiser Objection to Cell-Nique Plan Treatment

Good evening Peter,

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re:<br><br>CELL-NIQUE CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br>Case No. 24-10508 (REL)<br>(Main Case)<br>Case Number: 24-10702<br>Case Number: 24-10775<br>Case Number: 24-10677<br>Consolidated |

### BALLOT FOR ACCEPTING OR REJECTING
### DEBTOR'S AMENDED PLAN OF REORGANIZATION

On July 3, 2025, Cell-Nique Corporation, consolidated, (the "Debtor") filed an Amended Disclosure Statement (the "Disclosure Statement") referring to an Amended Plan (the "Plan") under Chapter 11 of the Code filed by the Debtor on July 3, 2025. The Court has approved the Disclosure Statement by order dated August 8, 2025, which provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

You should review the enclosed Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the plan and the classification and treatment of your claim under the Plan.

If your Ballot is not received by O'Connell and Aronowitz, P.C., 54 State Street, 9th Floor, Albany, New York 12207, Attn: Peter A. Pastore, Esq.; either (a) by first class mail (b) by overnight mail service, of (c) by personal delivery so that, in each case, it is actually received no later that 5:00 p.m. (Eastern Standard Time) on October 2, 2025 (the "Voting Deadline"), your vote will not count as either an acceptance or rejection of the plan.

If the plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the Holder of a Class __15__ claim against the Debtor in the amount of $ _583,970.23_ .

OR

The undersigned, the Holder of a Class ____ equity interest in the Debtor, consisting of ___ Shares or other equity interest in the Debtor.

[X] ACCEPTS THE PLAN                    [ ] REJECTS THE PLAN

     ANY BALLOT THAT IS EXECUTED BY THE HOLDER OF A CLAIM THAT
INDICATES BOTH AN ACCEPTANCE AND A REJECTION OF THE PLAN WILL BE
COUNTED AS AN ACCEPTANCE OF THE PLAN.

Dated: ___ September 29, 2025 ___

Print or Type Name: Simon Q.K. Garfinkel, as authorized
2200-201 Portage Avenue,
Winnipeg, MB R3B 3L3
Phone: 204-888-0463
sgarfinkel@tmlawyers.com

Signature: _____ Title: Authorized agent, legal counsel _____
(if Creditor is Corporation of Partnership)

Name of Corporation: Parkland Industrial Hemp Growers co-op Ltd.

Address: 2200-201 Portage Avenue, Winnipeg, Manitoba, R3B 3L3
_____

**RETURN THIS BALLOT TO:**
**O'CONNELL & ARONOWITZ, P.C.**
Counsel to Debtor
54 State Street, 9th Floor
Albany, New York, 12207
Attn: Peter A. Pastore, Esq.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In Re: | Chapter 11 |
| | Case No. 24-10508 (REL) |
| | (Main Case) |
| CELL-NIQUE CORPORATION, et al., | Case Number: 24-10702 |
| | Case Number: 24-10775 |
| Debtors. | Case Number: 24-10677 |
| | Consolidated |

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S AMENDED PLAN OF REORGANIZATION

On July 3, 2025, Cell-Nique Corporation, consolidated, (the "**Debtor**") filed an Amended Disclosure Statement (the "**Disclosure Statement**") referring to an Amended Plan (the "**Plan**") under Chapter 11 of the Code filed by the Debtor on July 3, 2025. The Court has approved the Disclosure Statement by order dated August 8, 2025, which provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the enclosed Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the plan and the classification and treatment of your claim under the Plan.**

**If your Ballot is not received by O'Connell and Aronowitz, P.C., 54 State Street, 9th Floor, Albany, New York 12207, Attn: Peter A. Pastore, Esq.; either (a) by first class mail (b) by overnight mail service, of (c) by personal delivery so that, in each case, it is actually received no later that 5:00 p.m. (Eastern Standard Time) on October 2, 2025 (the "Voting Deadline"), your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the Holder of a Class _15_ claim against the Debtor in the amount of
$ _19,752.49._

**OR**

The undersigned, the Holder of a Class ____ equity interest in the Debtor, consisting of ___ Shares or other equity interest in the Debtor.

[✓] ACCEPTS THE PLAN          [ ] REJECTS THE PLAN

ANY BALLOT THAT IS EXECUTED BY THE HOLDER OF A CLAIM THAT INDICATES BOTH AN ACCEPTANCE AND A REJECTION OF THE PLAN WILL BE COUNTED AS AN ACCEPTANCE OF THE PLAN.

Dated: _9-24-2025_

Print or Type Name: _Michael B. Bach_

Signature: _____    Title: _Authorized Agent_
                              (if Creditor is Corporation or Partnership)

Name of Corporation: _The Sherwin-Williams Company_

Address: _c/o DeHaan + Bach LPA_
_25 Whitney Drive, Suite 106_
_Milford, OH 45150_

**RETURN THIS BALLOT TO:**
**O'CONNELL & ARONOWITZ, P.C.**
Counsel to Debtor
54 State Street, 9th Floor
Albany, New York, 12207
Attn: Peter A. Pastore, Esq.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| In Re:<br><br>CELL-NIQUE CORPORATION, et al.,<br><br>                                  Debtors. | Chapter 11<br>Case No. 24-10508 (REL)<br>(Main Case)<br>Case Number: 24-10702<br>Case Number: 24-10775<br>Case Number: 24-10677<br>Consolidated |

## BALLOT FOR ACCEPTING OR REJECTING
## DEBTOR'S AMENDED PLAN OF REORGANIZATION

On July 3, 2025, Cell-Nique Corporation, consolidated, (the "**Debtor**") filed an Amended Disclosure Statement (the "**Disclosure Statement**") referring to an Amended Plan (the "**Plan**") under Chapter 11 of the Code filed by the Debtor on July 3, 2025. The Court has approved the Disclosure Statement by order dated August 8, 2025, which provides information to assist you in deciding how to vote your Ballot. Court approval of the Disclosure Statement does not indicate approval of the Plan by the Court.

**You should review the enclosed Disclosure Statement and Plan before you vote. You may wish to seek legal advice concerning the plan and the classification and treatment of your claim under the Plan.**

**If your Ballot is not received by O'Connell and Aronowitz, P.C., 54 State Street, 9th Floor, Albany, New York 12207, Attn: Peter A. Pastore, Esq.; either (a) by first class mail (b) by overnight mail service, of (c) by personal delivery so that, in each case, it is actually received no later that 5:00 p.m. (Eastern Standard Time) on October 2, 2025 (the "Voting Deadline"), your vote will not count as either an acceptance or rejection of the plan.**

**If the plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the Holder of a Class __*15*__ claim against the Debtor in the amount of $ *12,559.08*.

**OR**

The undersigned, the Holder of a Class ____ equity interest in the Debtor, consisting of ___ Shares or other equity interest in the Debtor.

[X] ACCEPTS THE PLAN                    [ ] REJECTS THE PLAN

       ANY BALLOT THAT IS EXECUTED BY THE HOLDER OF A CLAIM THAT
INDICATES BOTH AN ACCEPTANCE AND A REJECTION OF THE PLAN WILL BE
COUNTED AS AN ACCEPTANCE OF THE PLAN.

Dated: *7-4-25*

Print or Type Name: *Stephen Sweet*

Signature: *Sweet*                    Title: *owner*
                               (if Creditor is Corporation of Partnership)

Name of Corporation: *Sweet Products LLC, dba Braden Packaging*

Address: *7808 State Rt 5*
*Clinton NY 13323*

**RETURN THIS BALLOT TO:**
**O'CONNELL & ARONOWITZ, P.C.**
Counsel to Debtor
54 State Street, 9th Floor
Albany, New York, 12207
Attn: Peter A. Pastore, Esq.