UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Leo O'Brien Federal Building
11A Clinton Ave., Room 620
Albany, New York 12207
(518) 434-4553

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| In re: | Case No. 24-10508 (REL) (Main Case) |
| | Chapter 11 |
| CELL-NIQUE CORPORATION, *et al.* | Case No. 24-10702 |
| | Case No. 24-10775 |
| | Case No. 24-10667 |
| | Consolidated |
| Debtor. | |

### UNITED STATES TRUSTEE'S MOTION TO DISMISS

TO:   HON. PATRICK G. RADEL
       UNITED STATES BANKRUPTCY JUDGE

William K. Harrington, the United States Trustee for Region 2 ("United States Trustee"), by and through counsel, respectfully moves this Court for an order dismissing this chapter 11 case pursuant to 11 U.S.C. § 1112(b)(1) and (4) ("Motion") for "cause" including failure to file monthly operating reports. In support of this motion, the United States Trustee respectfully represents and alleges as follows:

### Statement of Facts

1.      The four Debtor entities' cases were substantively consolidated by Order of this Court on November 11, 2024, Docket No. 44, including: Cell-Nique Corporation (Case No. 24-10508) (LEAD CASE); Hodgson Mill Corporation (Case No. 24-10702); Hudson River Foods

1

Corporation (Case No. 24-10775); and Dancing Deer Corporation (Case No. 24-10667). ("Debtors")

    2.    The Debtors have failed to file a monthly operating report since the August 2025 report filed on September 29, 2025. Currently, operating reports for September and October 2025 are past due. In addition, the Debtor is delinquent on USTP Quarterly Fees in the amount of $3,585.81.

## Statutory Standards

11 U.S.C. § 1112(b)(2) provides that the Court may dismiss a chapter 11 case upon a showing of cause. 11 U.S.C. § 1112(b)(4) contains a non-exhaustive list of examples of cause to dismiss including: substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; gross mismanagement of the estate; failure to maintain appropriate insurance that poses a risk to the estate or to the public; failure to comply with an order of the court; unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter; failure timely to provide information or attend meetings reasonably requested by the United States trustee. *In re Pal Family Credit Co., Inc. v. County of Albany*, 451 B.R. 1 (NDNY, Feb. 25, 2010) (citing *In re C-TC 9th Ave. Partnership*, 113 F.3d 1304, 1311 (2d Cir.1997); *In re Copy Crafters Quickprint, Inc.*, 92 B.R. 973, 985 (Bankr. N.D.N.Y., Oct. 14, 1988).

Any one of these failures could be enough to warrant dismissal. See generally, *In re Babayoff*, 445 B.R. 64 (Bankr. E.D.N.Y., Feb. 16, 2011). In the aggregate, these failures may demonstrate gross mismanagement of the Debtor's operations. *In re V. Savino Oil & Heating Co., Inc.,* 99 B.R. 518, 527 (Bankr. E.D.N.Y., Apr. 28, 1989).

The burden of demonstrating cause rests with the moving party. That burden can be met either by demonstrating the existence of one or more of the statutory grounds enumerated in

section 1112(b) or by showing other "cause." *In re FRGR Managing Member LLC,* 419 B.R. 576, 580 (Bankr. S.D.N.Y. 2009); *In re State St. Assocs., L.P.,* 348 B.R. 627, 639 n. 24 (Bankr. N.D.N.Y. 2006) (while the list of examples of cause has changed in the 2005 amendment, the fact that they are illustrative, not exhaustive, has not).

## Argument

### 1. Failure to File Operating Reports

The Debtors' failure to file the last two required operating reports is cause for dismissal pursuant to 11 U.S.C. § 1112(b)(4)(F). Debtor's operating reports are required to calculate so USTP Quarterly Fees.

### 2. Failure to Pay Quarterly Fees

The Debtors are currently delinquent in UST Quarterly Fees totaling $3,585.81 and therefore, there is cause to dismiss this case pursuant to 11 U.S.C. § 1112(b)(4)(K). Because the Debtor is also delinquent on monthly operating reports, the amount of fees can only be estimated at this time.

**WHEREFORE,** based on the foregoing, the United States Trustee respectfully requests that the Court dismiss the above captioned case for "cause", and for such other and further relief as the Court deems just and proper.

3

Dated: December 5, 2025
Albany, New York

                                        Respectfully submitted,
                                        WILLIAM K. HARRINGTON
                                        UNITED STATES TRSUTEE, REGION 2

                                        */s/ Harrison E. Strauss*
                                        Harrison E. Strauss - Trial Attorney
                                        OFFICE OF UNITED STATES TRUSTEE
                                        Leo O'Brien Federal Building
                                        11A Clinton Ave., Room 620
                                        Albany, New York 12207
                                        NDNY Bar Roll No. 705825
                                        (518) 434-4553
                                        Harrison.Strauss@usdoj.gov