UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| In re: | Case No. 24-10508 (REL) (Main Case) |
| | Chapter 11 |
| CELL-NIQUE CORPORATION, *et al.* | Case No. 24-10702 |
| | Case No. 24-10775 |
| | Case No. 24-10667 |
| | Consolidated |
| Debtor. | |

### NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO DISMISS

**PLEASE TAKE NOTICE** that William K. Harrington, the United States Trustee for Region 2 (the "United States Trustee"), filed a motion to dismiss the above captioned case which is to be heard before the Hon. Patrick G. Radel, United States Bankruptcy Judge, on **January 13, 2026, at 10:30 a.m.** or as soon thereafter as is practicable.

**PLEASE TAKE FURTHER NOTICE** that any party wishing to appear at the hearing may appear in person at the United States Bankruptcy Court, James T. Foley U.S. Courthouse, 445 Broadway, Albany, New York, **OR**: by video via Teams, for which pre-registration is required by 3:00 PM one business day before the hearing. Go to https://www.nynb.uscourts.gov/Remote-Hearing-Appearances to register.

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Motion must be in writing, comply with the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Northern District of New York and be filed with the Court and served upon the Office of the United States Trustee for the Northern District of New York, counsel for the Debtor and all parties who have filed notices of appearance and requested notice pursuant to Fed.R.Bankr.P.

Dated: December 5, 2025
Albany, New York

                                              WILLIAM K. HARRINGTON
                                              UNITED STATES TRUSTEE
                                              FOR REGION 2

                                              */s/ Harrison E. Strauss*
                                              Harrison E. Strauss - Trial Attorney
                                              OFFICE OF UNITED STATES TRUSTEE
                                              Leo O'Brien Federal Building
                                              11A Clinton Ave., Room 620
                                              Albany, New York 12207
                                              NDNY Bar Roll No. 705825
                                              (518) 434-4553
                                              Harrison.Strauss@usdoj.gov

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

In re:  

CELL-NIQUE CORPORATION, *et al.*  

Debtor.

Case No. 24-10508 (REL) (Main Case)
Chapter 11
Case No. 24-10702
Case No. 24-10775
Case No. 24-10667
Consolidated

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is an employee of the United States Trustee for Region 2 and is a person of such age and discretion as to be competent to serve papers.

I hereby certify that on December 5, 2025, a copy of the *United States Trustee's Motion to Dismiss* and *Notice of Motion to Dismiss* was served electronically upon the following recipients:

Peter L. Burgess Pursuitpburgess@bapclaw.com

Cathleen B Clark cathleen.b.clark@usdoj.gov;CaseView.ECF@usdoj.gov, meah.turner@usdoj.gov

Kileen C. Davies kileen.davies@tax.ny.gov

Marco B. Koshykar mkoshykar@woh.com, spaulsen@woh.com

Peter A. Pastore papastore@oalaw.com, asullivan@oalaw.com

Teresa Sadutto-Carley tsadutto@platzerlaw.com

Bethany Simmons bsimmons@loeb.com

Charles J. Sullivan csullivan@bsk.com, kdoner@bsk.com;jhunold@bsk.com;CourtMail@bsk.com

In addition, a copy was served via first-class mail upon:

Cell-Nique Corporation
22 Hamilton Way
Castleton, NY 12033

Dated: December 5, 2025
Albany, New York

        */s/ Harrison E. Strauss*
        Harrison E. Strauss - Trial Attorney
        OFFICE OF UNITED STATES TRUSTEE
        Leo O'Brien Federal Building
        11A Clinton Ave., Room 620
        Albany, New York 12207
        NDNY Bar Roll No. 705825
        (518) 434-4553
        Harrison.Strauss@usdoj.gov