UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

| | |
|---|---|
| In re: | Case No. 24-10508 (pgr) (Main Case) |
| | Chapter 11 |
| CELL-NIQUE CORPORATION, *et al.* | Case No. 24-10702 |
| | Case No. 24-10775 |
| | Case No. 24-10667 |
| | Consolidated |
| Debtor. | |

## NOTIFICATION OF WITHDRAWAL OF UNITED STATES TRUSTEE'S MOTION TO DISMISS

William K. Harrington, the United States Trustee for Region 2, hereby withdraws his *Motion to Dismiss* filed on December 08, 2025, docket no. 104, for the reason that the outstanding fees have been paid and the late monthly operating reports have been filed.

WILLIAM K. HARRINGTON
UNITED STATES TRUSTEE
FOR REGION 2

*/s/ Harrison E. Strauss*
Harrison E. Strauss - Trial Attorney
OFFICE OF UNITED STATES TRUSTEE
Leo O'Brien Federal Building
11A Clinton Ave., Room 620
Albany, New York 12207
NDNY Bar Roll No. 705825
(518) 434-4553
Harrison.Strauss@usdoj.gov