UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

In re:                                                                  Case No. 24-10508-1-pgr
                                                                             Chapter 11

CELL-NIQUE CORPORATION.

                            Debtor.

# UNITED STATES TRUSTEE'S LIMITED OBJECTION TO FIRST APPLICATION FOR COMPENSATION

William K. Harrington, the United States Trustee for Region 2 ("United States Trustee"), by and through counsel, hereby objects to the *First and Final Fee Application of Attorneys for Debtor* ("Fee Application"). In support of this objection the United States Trustee respectfully states and alleges as follows:

1.      Peter A. Pastore filed the Fee Application on February 05, 2026, Document No. 112, seeking fees of $125,721.50 and expenses of $732.04.

2.      A hearing on the Fee Application is currently set for March 03, 2026, with objections due by February 24, 2026.

3.      The United States Trustee has reviewed the Fee Application and hereby objects only to the first entry dated May 08, 2024, which is the day before the case was filed.

4.      This entry seeks compensation for 3.50 hours of services performed before the bankruptcy filing for a total of $1,400.00.

5.      In order to be retained as a professional for a Chapter 11 debtor-in-possession, an applicant must be disinterested. 11 U.S.C. 327(a). The definition of disinterested person in 11 U.S.C. 101(14) specifically requires that the person not be a creditor. Thus, to be disinterested an attorney cannot be owed money by a debtor for pre-petition services. *In re Printcrarfters, Inc.,*

1

208 B.R. 968 (Bankr.D.Colo. 1997); *U.S. Trustee v. Price Waterhouse*, 19 F.3d 138, 140–42 (3rd Cir.1994); *In re Roberts*, 75 B.R. 402, 408–09 (D.Utah 1987) (en banc). *See also In re D & H Machine Service, Inc.* 557 B.R. 609 (Bankr.E.D.Tenn. 2016).

6. Consequently, either Attorney Pastore's fees should be denied to the extent of $1,400.00, or in the alternative, all fees should be denied because Attorney Pastore was not disinterested and his retention should be nullified.

WHEREFORE, based on the foregoing, the United States Trustee respectfully requests that any order on the Fee Application reduce the fees requested by $1,400.00 for services performed pre-petition, and for such other and further relief that is just and proper.

Dated: February 24, 2026
Albany, New York

                                                Respectfully submitted,
WILLIAM K. HARRINGTON
UNITED STATES TRSUTEE, REGION 2

/s/ Harrison E. Strauss
Harrison E. Strauss - Trial Attorney
OFFICE OF UNITED STATES TRUSTEE
Leo O'Brien Federal Building
11A Clinton Ave., Room 620
Albany, New York 12207
NDNY Bar Roll No. 705825
(518) 434-4553
Harrison.Strauss@usdoj.gov

2