UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
ALBANY DIVISION

In re:

CELL-NIQUE CORPORATION, et al,

Debtors.

Case No. 24-10508-1-pgr (Main Case)
Case No. 24-10702
Case No. 24-10775
Case No. 24-10677
Consolidated
Chapter 11

**<u>UNITED STATES TRUSTEE'S MOTION TO DISMISS</u>**

TO: HON. PATRICK G. RADEL
UNITED STATES BANKRUPTCY JUDGE

William K. Harrington, the United States Trustee for Region 2 ("United States Trustee"), by and through counsel, respectfully moves this Court for an order dismissing this chapter 11 case pursuant to 11 U.S.C. § 1112(b)(1) and (4) ("Motion") for "cause" including failure to file operating reports and pay quarterly fees. In support of this motion, the United States Trustee respectfully states and alleges as follows:

**<u>Statement of Facts</u>**

1. The four Debtor entities' cases were substantively consolidated by Order of this Court on November 11, 2024, Docket No. 44, including: Cell-Nique Corporation (Case No. 24 10508) (LEAD CASE); Hodgson Mill Corporation (Case No. 24-10702); Hudson River Foods Corporation (Case No. 24-10775); and Dancing Deer Corporation (Case No. 24-10667) (Collectively "Debtors").

2. A Chapter 11 Plan was confirmed on December 12, 2025.

3. More than 180 days have passed since the plan was confirmed; however, no *Report of Substantial Confirmation* has been filed as required by Local Rule of Bankruptcy Procedure 3022-1.

4. The last Monthly Operating Report ("MOR") filed in this case is for the period ending December 31, 2025.

5. Based upon the Chapter 11 Plan, the effective date was approximately December 26, 2025.

6. Therefore, the Debtor is delinquent for Post-Confirmation Quarterly Reports for Quarters 1 and 2, 2026. In addition, the Quarter 3, 2026 report will be due on October 21, 2026.

7. The Debtor is also delinquent on quarterly fees. The current estimated outstanding fees total $7,385.00. However, the amount of fees owing can only be estimated until the missing reports are filed and the balance due may change significantly once they are.

**Statutory Standards**

11 U.S.C. § 1112(b)(2) provides that the Court may dismiss a chapter 11 case upon a showing of cause. 11 U.S.C. § 1112(b)(4) contains a non-exhaustive list of examples of cause to dismiss including: substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; gross mismanagement of the estate; failure to maintain appropriate insurance that poses a risk to the estate or to the public; failure to comply with an order of the court; unexcused failure to satisfy timely any filing or reporting requirement established by this title or by any rule applicable to a case under this chapter; failure timely to provide information or attend meetings reasonably requested by the United States trustee. *In re Pal Family Credit Co., Inc. v. County of Albany*, 451 B.R. 1 (NDNY, Feb. 25, 2010) (citing *In re C-TC 9th Ave. Partnership*, 113 F.3d 1304, 1311 (2d Cir.1997); *In re Copy Crafters Quickprint, Inc.*, 92 B.R. 973, 985 (Bankr. N.D.N.Y., Oct. 14, 1988).

Any one of these failures could be enough to warrant dismissal. See generally, *In re Babayoff*, 445 B.R. 64 (Bankr. E.D.N.Y., Feb. 16, 2011). In the aggregate, these failures may demonstrate gross mismanagement of the Debtor's operations. *In re V. Savino Oil & Heating Co., Inc.,* 99 B.R. 518, 527 (Bankr. E.D.N.Y., Apr. 28, 1989).

The burden of demonstrating cause rests with the moving party. That burden can be met either by demonstrating the existence of one or more of the statutory grounds enumerated in section 1112(b) or by showing other "cause." *In re FRGR Managing Member LLC,* 419 B.R. 576, 580 (Bankr. S.D.N.Y. 2009); *In re State St. Assocs., L.P.,* 348 B.R. 627, 639 n. 24 (Bankr. N.D.N.Y. 2006) (while the list of examples of cause has changed in the 2005 amendment, the fact that they are illustrative, not exhaustive, has not).

## Argument

**Failure to Filing Operating Reports**

The Debtors' failure file the required operating reports is grounds for dismissal pursuant to 11 U.S.C. § 1112(b)(4)(F). The Debtors are currently delinquent in filing two quarterly operating reports.

**Failure to Pay Quarterly Fees**

The Debtors' failure pay quarterly fees is grounds for dismissal pursuant to 11 U.S.C. § 1112(b)(4)(K).

**Failure to File Report of Substantial Consummation**

The Debtors' failure to file a report of substantial consummation as required by Local Rule is grounds for dismissal pursuant to 11 U.S.C. § 1112(b)(4)(F).

**WHEREFORE,** based on the foregoing, the United States Trustee respectfully requests that the Court dismiss the above captioned cases for "cause", and for such other and further relief as the Court deems just and proper.

Dated: August 20, 2026
Albany, New York

Respectfully submitted,
WILLIAM K. HARRINGTON
UNITED STATES TRSUTEE, REGION 2

*/s/ Harrison E. Strauss*
Harrison E. Strauss - Trial Attorney
OFFICE OF UNITED STATES TRUSTEE
Leo O'Brien Federal Building
11A Clinton Ave., Room 620
Albany, New York 12207
NDNY Bar Roll No. 705825
(518) 434-4553
Harrison.Strauss@usdoj.gov